1  ROBERT J. YORIO (SBN 93178)
   ryorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  TAM T. PHAM (SBN 229090) (*N.D.Cal. Admission Pending*)
   tpham@carrferrell.com
4  CARR & FERRELL LLP
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile: (650) 812-3444

7  Attorneys for Plaintiff
8  RUCKUS WIRELESS, INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUCKUS WIRELESS, INC., a California corporation,

    Plaintiff,

vs.

NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation

    Defendants.

CASE NO. CV 08 2310 JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

None, other than the named parties in this action.

May 5, 2008                              CARR & FERRELL LLP

                                              By: _____
                                                  ROBERT J. YORIO (SBN 93178)
                                                  COLBY B. SPRINGER (SBN 214868)
                                                  TAM T. PHAM (SBN 229090)
                                                  *Attorneys for Plaintiff* RUCKUS WIRELESS, INC.

{00307667v1}