AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | )  |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation | ) Civil Action No. |
| Plaintiff | ) |
| v. | ) |
| | ) |
| NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation | ) |
| Defendant | ) |

E-filing

JCS

## Summons in a Civil Action

To:  NETGEAR, INC.
         *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert J. Yorio, Esq.
Colby B. Springer, Esq.
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
MARY ANN BUCKLEY

Date:  MAY 5 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation<br><br>Plaintiff<br>v.<br><br>NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation<br>Defendant | ) E-filing<br>) Civil Action No.<br>)<br>) CV 08 2310 JCS<br>) |

**Summons in a Civil Action**

To: RAYSPAN CORPORATION
      *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert J. Yorio, Esq.
Colby B. Springer, Esq.
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 5 2008

Richard W. Wieking
Name of clerk of court
MARY ANN BUCKLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*