1  ROBERT J. YORIO (SBN 93178)
   ryorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  TAM T. PHAM (SBN 229090) (*N.D.Cal. Admission Pending*)
   tpham@carrferrell.com
4  CARR & FERRELL LLP
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7  Attorneys for Plaintiff
8  RUCKUS WIRELESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RUCKUS WIRELESS, INC., a California corporation, | CASE NO. C 08-02310 JCS |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation | |
| Defendants. | |

COLBY B. SPRINGER (SBN 214868)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: (650) 812-3400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: RUCKUS WIRELESS, INC. etc.
Defendant: NETGEAR, INC., etc., et al.

Ref#: 236027      *    **PROOF OF SERVICE**    *    Case No.: C08-02310 JCS

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; STANDING ORDER RE: CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES; U.S. DISTRICT COURT ECF REGISTRATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party served     : NETGEAR, INC., a Delaware corporation

By serving       : Margaret Wilson, Authorized Agent

Address          : C.T. Corporation System
                   818 W. 7th Street
                   Los Angeles, CA 90017

Date of Service: May 13, 2008

Time of Service: 2:35 PM

Person who served papers:
DEANDRE JOHNSON
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $120.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.:
(iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 15, 2008            Signature _____