1  ROBERT J. YORIO (SBN 93178)
   ryorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  TAM T. PHAM (SBN 229090) (*N.D.Cal. Admission Pending*)
   tpham@carrferrell.com
4  CARR & FERRELL LLP
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7  Attorneys for Plaintiff
8  RUCKUS WIRELESS, INC.

9

                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  RUCKUS WIRELESS, INC., a California          CASE NO. C 08-02310 JCS
    corporation,
                                                 **PROOF OF SERVICE**
14
            Plaintiff,
15
        vs.
16
    NETGEAR, INC., a Delaware corporation;
17  and RAYSPAN CORPORATION, a
    Delaware corporation
18
            Defendants.
19

20

21

22

23

24

25

26

27

28

COLBY B. SPRINGER (SBN 214868)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: (650) 812-3400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: RUCKUS WIRELESS, INC. etc.

Defendant: NETGEAR, INC., etc., et al.

Ref#: 236026       *   **PROOF OF SERVICE**   *   Case No.: C08-02310 JCS

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; STANDING ORDER RE: CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES; U.S. DISTRICT COURT ECF REGISTRATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

in the within action by personally delivering true copies thereof to the person named below, as follows:

- Party served : RAYSPAN CORPORATION, a Delaware corporation
- By serving : "Jane Doe", Hispanic, 27 yrs., 5'7", 125 lbs., brown eyes, brown curly hair, Employee
- Address : (Business)
  11975 El Camino Real #301
  San Diego, CA 92130
- Date of Service: May 12, 2008
- Time of Service: 9:13 AM

Person who served papers:
RENE LOZANO
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $125.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 959
(iii) County: San Diego

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 15, 2008                Signature _____

COLBY B. SPRINGER (SBN 214868)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: (650) 812-3400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : RUCKUS WIRELESS, INC. etc.

Defendant : NETGEAR, INC., etc., et al.

Ref#: 236026          * **DECLARATION OF MAILING** *     Case No.: C08-02310 JCS

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; STANDING ORDER RE: CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES; U.S. DISTRICT COURT ECF REGISTRATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

RAYSPAN CORPORATION, a Delaware corporation

(Business)
11975 El Camino Real #301
San Diego, CA 92130

Date of Mailing: May 15, 2008

Person who served papers:
APRIL JIMENEZ
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $125.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 880
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 15, 2008                              Signature _____