1  ROBERT J. YORIO (SBN 93178)
   ryorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  TAM T. PHAM (SBN 229090)
   tpham@carrferrell.com
4  CARR & FERRELL LLP
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7
   Attorneys for Plaintiff
8  RUCKUS WIRELESS, INC.

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12
   RUCKUS WIRELESS, INC.,  a        **CASE NO. 3:08-cv-2310-JCS**
13 Delaware corporation,
                                    **FIRST AMENDED COMPLAINT FOR PATENT**
14              Plaintiff,          **INFRINGEMENT**

15      vs.                        **(U.S. Patent Nos. 7,193,562 and 7,358,912)**

16 NETGEAR, INC., a Delaware        **DEMAND FOR JURY TRIAL**
   corporation; and RAYSPAN
17 CORPORATION, a Delaware
   corporation
18
                Defendants.
19

20

21      Plaintiff Ruckus Wireless, Inc. ("RUCKUS") hereby alleges for its complaint against

22 Defendants NETGEAR, Inc. ("NETGEAR") and Rayspan Corporation ("RAYSPAN") (each

23 individually a "DEFENDANT" and collectively "DEFENDANTS") as follows:

24                       **JURISDICTION AND VENUE**

25      1.      The United States District Court for the Northern District of California (the "Court")

26 has jurisdiction over this matter because it is an action for infringement arising under the United

27 States Patent Act (35 U.S.C. § 1 *et seq.*).  Accordingly, the Court has jurisdiction pursuant to 28

28 U.S.C. §§ 1331 and 1338(a).

2.      RUCKUS is informed and believes, and thereon alleges, that the DEFENDANTS are subject to personal jurisdiction in the Northern District of California (the "District") because the DEFENDANTS have caused tortious injury in this District by acts committed both inside and outside the District.  The DEFENDANTS are further subject to personal jurisdiction in the District because the DEFENDANTS regularly solicit business in the District or derive substantial revenue from sales of goods—including goods infringing the patents-in-suit—in the District.  Defendant NETGEAR, too, maintains its headquarters and principal place of business in the District.  In any case, the DEFENDANTS have engaged in a persistent course of conduct in the District.

3.      Venue for this action is proper in the District pursuant to 28 U.S.C. §§ 1391 and 1400 because a significant portion of the NETGEAR and RAYSPAN's infringing activities have occurred in the District.  Defendant NETGEAR, too, maintains its headquarters and principal place of business in the District.

**INTRA-DISTRICT ASSIGNMENT**

4.      For the purposes of Civil L.R. 3-2(c) and (d), this is an Intellectual Property action and may be assigned to any division of the District.

**THE PARTIES**

5.      RUCKUS is a Delaware corporation that has its principal place of business in Sunnyvale, California.  RUCKUS was formed in 2004 with the primary focus to make Wi-Fi sufficiently reliable to be used as a utility in the home, office, hot spots, and around the world.

6.      RUCKUS is a pioneer in 'Smart Wi-Fi' technology.  RUCKUS' Smart Wi-Fi technology delivers reliable signal quality over an extended range and is capable of automatically adapting to environmental changes in real-time.  RUCKUS' patented Smart Wi-Fi technology solves a number of interference and signal range problems by focusing radio frequency (RF) energy and steering it around interference as it is experienced.  As a result, RUCKUS Smart Wi-Fi technology allows for a more predictable Wi-Fi signal that reaches farther and that may support delay sensitive applications such as streaming voice and multicast Internet Protocol (IP) video that heretofore had been difficult for Wi-Fi to reliably support.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT          (CASE NO. 3:08-cv-2310-JCS)

7.      RUCKUS' contributions to Wi-Fi have not gone unnoticed.  RUCKUS was named a 2007 Technology Pioneer by the World Economic Forum.  World Economic Forum Technology Pioneers are "innovators—companies that are developing and applying the most innovative and transformational technologies" and whose work "represents an enormous source of entrepreneurial talent."  Technology Pioneers are "at the forefront of change."

8.      RUCKUS and its Smart Wi-Fi technologies are the recipients of any number of other awards.  These awards include the 2008 SPIFFY Award for Engineering Excellence for RUCKUS' innovative Smart Wi-Fi technology; the CableLabs 2008 Best New Product Idea Most Likely to Succeed; the 2007 NXTComm Eos Award for Home Networking; the 2007 CRN Emerging Vendor Award for delivering innovative and easy-to-use solutions that undercut those of industry giants; the 2007 ACE Award for Startup of the Year; the 2007 IPTV World Series Award for Best IPTV Transport Solution; and the CES Innovations 2007 Design and Engineering Award Honoree for unique and novel products that contribute to consumers' quality of life.

9.      To date, RUCKUS and its network of distributors and resellers have shipped over half a million Wi-Fi systems to customers around the world.  RUCKUS has also procured financing from premier venture capital investors, consumer electronics companies, and broadband operators.

10.     RUCKUS' Smart Wi-Fi products have received favorable reviews from a number of publications and reviewing entities including TechWorld; CWNP; Jones-Petrick and Associates; ZD Net; PC World; Network Computing; MSNBC; Hardware Zone; About.com; eWeek; Untangled Life; PC Pro; GadgetCentre.com; Network World; and EDN.

11.     RUCKUS' technologies have been adopted by industry giants such as Deutsche Telekom, one of the world's leading telecommunications and information technology service providers offering millions of private and corporate customers a full spectrum of modern information technology and telecommunications services; PCCW, Hong Kong's principal phone company and an IPTV pioneer; Swisscom, Switzerland's leading telecommunications provider; SingTel, Asia's leading communications group with operations and investments in more than 20 countries and territories around the world; and Belgacom, the incumbent telephony provider in Belgium delivering IPTV and triple play services to customers throughout the country.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT          (CASE NO. 3:08-cv-2310-JCS)

12.     RUCKUS is informed and believes, and thereon alleges, that NETGEAR is a Delaware corporation that has its principal place of business at 4500 Great America Parkway, Santa Clara, California.  NETGEAR purports to design, develop, and market branded network products that address the specific needs of small and medium business and home users including wireless network products such as wireless routers.

13.     RUCKUS is informed and believes, and thereon alleges, that RAYSPAN is a Delaware corporation that has its principal place of business at 11975 El Camino Real, Suite 301, San Diego, California.  RAYSPAN claims to be the world's leading innovator of revolutionary meta-material air interface solutions for high performance wireless communication networks. RAYSPAN represents that its meta-material technology is integrated into a number of NETGEAR wireless products.

## GENERAL ALLEGATIONS

### *The WPN824v1 and WPN824v2*

14.     On or about December 23, 2004, RUCKUS—then operating under the name of Video54 Technologies, Inc.—and NETGEAR entered into a Technology License Agreement.  As a part of the Technology License Agreement, NETGEAR agreed to pay RUCKUS a royalty for each and every wireless router sold as a part of the WPN 824 product line and that incorporated certain RUCKUS proprietary technology.  That proprietary technology was inclusive of a hardware design for an 802.11g/b wireless access point with a dynamically configurable antenna array for interference mitigation and performance optimization.

15.     On January 5, 2005, at the 2005 Consumer Electronics Show in Los Vegas, Nevada, NETGEAR and RUCKUS announced the release of the RangeMax WPN 824v1 wireless router. The RangeMax WPN 824v1 was designed to boost wireless range in home networks and eliminate dead spots thereby improving support for bandwidth-intensive applications such as streaming audio and video, playing online games, and transferring large data files.

16.     NETGEAR characterized the RangeMax WPN 824v1 as incorporating seven smart multiple-input-multiple-output (MIMO) antennas to deliver 127 unique antenna patterns that adapt 'on the fly' to the network environment by adjusting to RF interference, locations of a client, and

1  physical barriers thereby resulting in extraordinary range and consistent high-speed data transfer

2  performance.

3      17.    According to Patrick Lo, the CEO and Chairman of NETGEAR, by partnering with

4  RUCKUS, NETGEAR was "able to launch the revolutionary RangeMax technology which

5  dynamically optimizes performance to vastly improve the speed and range of the wireless network,

6  supporting the increasing performance demands of the home network for applications such as

7  streaming multimedia content."  RUCKUS' technology allowed NETGEAR to address "[o]ne of the

8  pervasive issues encountered in the implementation of wireless networks": "sub-par network

9  performance caused by elements such as RF interference and the physical structure in which the

10  network is running."

11      18.    On March 7, 2005, Vivek Pathela, NETGEAR Senior Director of Product Marketing

12  for Consumer Products, characterized the RUCKUS powered RangeMax WPN824v1 wireless

13  router as "the ideal solution for bandwidth-intensive consumer applications because it is uniquely

14  able to dynamically optimize network connections by adapting on-the-fly to changes in the RF

15  (Radio Frequency) environment such as interference introduced to the environment by turning on a

16  microwave oven or using a 2.4GHz cordless phone."  According to Pathela, the RangeMax WPN

17  824v1 utilizes "intelligent antenna overlay technology that enables [the] router to deliver superior

18  coverage, speed and adaptability to changing wireless environments."

19      19.    Following the release of the RangeMax WPN 824v1, NETGEAR requested the

20  research and development support of RUCKUS to develop a second and more cost effective version

21  of the RangeMax wireless router—the WPN 824v2.  RUCKUS complied with NETGEAR's request

22  and the WPN 824v2 may be purchased from NETGEAR and any number of NETGEAR resellers.

23      20.    RUCKUS received and continues to receive a royalty on each of the nearly 2 million

24  RangeMax WPN 824v1 and WPN 824v2 routers sold by NETGEAR and/or its resellers in

25  accordance with the December 2004 Technology License Agreement.

26                          *The WPN824v3*

27      21.    On October 31, 2007, the Federal Communications Commission's (FCC) Office of

28  Engineering and Technology (OET) Laboratory Division released certain Certification request

-5-

1   information for a new version of NETGEAR's RangeMax Wireless Router—the WPN824v3.

2   RUCKUS was not and has not been involved in the manufacture, design, or production of the WPN

3   824v3.  Until the release of the aforementioned information by the FCC OET Laboratory Division,

4   RUCKUS was unaware of the existence of the WPN 824v3.  There is no contractual obligation or

5   license by and between RUCKUS and NETGEAR (or any proxy thereof, including but not limited

6   to RAYSPAN) that permits the incorporation of any RUCKUS intellectual property in any

7   NETGEAR WPN product other than the 824v1 and 824v2.

8       22.     NETGEAR characterizes the RangeMax WPN 824v3 as extending wireless network

9   coverage up to ten times that of standard 802.11 due to an advanced intelligent antenna system.

10  These intelligent antennas, according to NETGEAR, continuously scan your home or office and

11  automatically sense obstacles and electronic interference.  The antennas, according to NETGEAR,

12  dynamically adjust the wireless signal to compensate and maintain a clear connection.

13      23.     In early February 2008, and following discovery of the pending release of the WPN

14  824v3 via the FCC OET Laboratory Division, William Kish—the co-founder and Chief Technology

15  Officer of RUCKUS—conferred with Patrick Rada—the Senior Principal Wireless Engineer for

16  NETGEAR—concerning the WPN 824v3.  During that discussion, William Kish raised concerns

17  with Patrick Rada that the WPN 824v3 embodied certain RUCKUS intellectual property.  Patrick

18  Rada indicated to William Kish that NETGEAR was unaware of any RUCKUS patents.

19      24.     On or about February 12, 2008, and following William Kish's discussion with

20  Patrick Rada, Selina Lo—the President and CEO of RUCKUS—met with Patrick Lo of NETGEAR

21  concerning the WPN 824v3.  NETGEAR informed RUCKUS that NETGEAR had begun

22  substituting retail sales of the WPN 824v2 with the WPN 824v3.  Patrick Lo indicated that

23  NETGEAR would discontinue the manufacture and sale of the WPN 824v1 and WPN 824v2

24  models by the end of 2008 in favor of the WPN 824v3.  NETGEAR also indicated that RUCKUS

25  would not receive any licensing royalty revenue from sales of WPN 824v3.

26      25.     When informed by RUCKUS as to the existence of certain patents on intellectual

27  property utilized in the WPN 824v1 and WPN 824v2 as well as the newly released WPN 824v3,

28  NETGEAR indicated that it had undertaken no due diligence with respect to any RUCKUS patents.

1    NETGEAR instead indicated its intent to rely upon the indemnification obligations of the

2    component providers of the WPN 824v3.  RUCKUS is informed and believes, and thereon alleges,

3    that RAYSPAN is one of the primary component providers with an indemnification obligation to

4    NETGEAR.

5                                *The Patents-in-Suit*

6         26.    RUCKUS is the assignee of the entire right, title, and interest in United States patent

7    numbers 7,193,562 (the "'562 Patent") and 7,358,912 (the "'912 Patent") (collectively the "Patents-

8    in-Suit"), which embody certain innovative technologies that have helped make RUCKUS the

9    success that it is today.

10        27.    The '562 Patent issued on March 20, 2007 and is entitled "Circuit Board Having a

11   Peripheral Antenna Apparatus with Selectable Antenna Elements."  A true and correct copy of the

12   '562 Patent is attached hereto as Exhibit A.  The '562 Patent discloses an antenna apparatus having

13   selectable antenna elements located near one or more peripheries of a circuit board.  The antenna

14   elements produce directional radiation patterns and are coupled to communication circuitry by a

15   switching network.  The selection of different combinations of antenna elements results in a

16   configurable radiation pattern, which may include a substantially omnidirectional radiation pattern.

17        28.    The '912 Patent issued April 15, 2008 and is entitled "Coverage Antenna Apparatus

18   with Selectable Horizontal and Vertical Polarization Elements."  A true and correct copy of the '912

19   Patent is attached hereto as Exhibit B.  The '912 Patent discloses an antenna apparatus that includes

20   a first substrate with a first planar element and a second planar element.  The first planar element

21   radiates or receives a radio frequency signal in a horizontal polarization.  The second planar element

22   radiates or receives the radio frequency signal in a vertical polarization.  An antenna element

23   selector communicates the radio frequency signal with a communication device and the first planar

24   element or the second planar element.

25             *DEFENDANTS' Unlawful Conduct Relating to the Patents-in-Suit*

26        29.    RUCKUS is informed and believes, and thereon alleges, that NETGEAR makes,

27   uses, offers to sell, and sells in the United States and imports into the United States wireless routers

28   that infringe the Patents-in-Suit, including but not limited to the RangeMax WPN 824v3.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT              (CASE NO. 3:08-cv-2310-JCS)

30.     NETGEAR's unlawful activities have resulted in an unjust enrichment to NETGEAR and immediate and irreparable harm to RUCKUS.  If NETGEAR's unlawful activities are not immediately enjoined, NETGEAR will continue to be unjustly enriched and will continue to irreparably harm RUCKUS.  RUCKUS has no adequate remedy at law.

31.     RUCKUS is informed and believes, and thereon alleges, that RAYSPAN makes, uses, offers to sell, and sells in the United States and imports into the United States components incorporated into wireless routers that infringe the Patents-in-Suit including but not limited to the RangeMax WPN 824v3.

32.     RAYSPAN's unlawful activities have resulted in an unjust enrichment to RAYSPAN and immediate and irreparable harm to RUCKUS.  If RAYSPAN's unlawful activities are not immediately enjoined, RAYSPAN will continue to be unjustly enriched and will continue to irreparably harm RUCKUS.  RUCKUS has no adequate remedy at law.

## COUNT I

### Infringement of U.S. Patent No. 7,193,562 by NETGEAR and RAYSPAN

33.     RUCKUS repeats and re-alleges each of the allegations set forth in paragraphs 1 through 32, as though fully set forth herein.

34.     RUCKUS is informed and believes, and thereon alleges, that NETGEAR's actions in making, using, importing, selling, distribution, and offers for sale of the RangeMax 824v3 and possibly other products infringe the '562 Patent.  RUCKUS is informed and believes, and thereon alleges, that NETGEAR will continue to do so unless enjoined by the Court.

35.     RUCKUS is informed and believes, and thereon alleges, that NETGEAR is actively inducing others to infringe—including but not limited to RAYSPAN—and/or committing acts of contributory infringement of one or more claims of the '562 Patent through NETGEAR's activities related to making, using, importing, distributing, offering for sale, and/or selling the RangeMax WPN 824v3 product and possibly other infringing products in violation of 35 U.S.C. § 271(b) and 35 U.S.C. § 271(c), respectively.

36.     RUCKUS has been damaged by NETGEAR's infringing conduct and NETGEAR is therefore liable to RUCKUS for actual damages suffered and any profits realized on the sale of the

RangeMax WPN 824v3 product and possibly other infringing products, which are not taken into account in the computation of actual damages, as well as any statutory damages, such as treble damages. Moreover, such conduct is likely to cause substantial harm to RUCKUS, unless the Court enjoins the infringing conduct.

37.     RUCKUS is informed and believes, and thereon alleges, that NETGEAR's infringement of the '562 Patent has since at least February 2008, and continues to be, deliberate and willful.

38.     RUCKUS is informed and believes, and thereon alleges, that RAYSPAN's actions in making, using, importing, selling, distribution, and offers for sale of certain components utilized in the RangeMax 824v3 and possibly other products infringe the '562 Patent. RUCKUS is informed and believes, and thereon alleges, that RAYSPAN will continue to do so unless enjoined by the Court.

39.     RUCKUS is informed and believes, and thereon alleges, that RAYSPAN is actively inducing others to infringe and/or committing acts of contributory infringement of one or more claims of the '562 Patent through RAYSPAN's activities related to making, using, importing, distributing, offering for sale, and/or selling components utilized in the RangeMax WPN 824v3 product and possibly other infringing products in violation of 35 U.S.C. § 271(b) and 35 U.S.C. § 271(c), respectively.

40.     RUCKUS has been damaged by RAYSPAN's infringing conduct and RAYSPAN is therefore liable to RUCKUS for actual damages suffered and any profits realized on the sale of the RangeMax WPN 824v3 product and possibly other infringing products, which are not taken into account in the computation of actual damages, as well as any statutory damages, such as treble damages. Moreover, such conduct is likely to cause substantial harm to RUCKUS, unless the Court enjoins the infringing conduct.

41.     RUCKUS is informed and believes, and thereon alleges, that RAYSPAN's infringement of the '562 Patent has been, and continues to be, deliberate and willful.

WHEREFORE, RUCKUS prays for relief as set forth herein.

-9-

## COUNT II

### Infringement of U.S. Patent No. 7,358,912 by NETGEAR and RAYSPAN

42.    RUCKUS repeats and re-alleges each of the allegations set forth in paragraphs 1 through 41, as though fully set forth herein.

43.    RUCKUS is informed and believes, and thereon alleges, that NETGEAR's actions in making, using, importing, selling, distribution, and offers for sale of the RangeMax 824v3 and possibly other products infringe the '912 Patent.  RUCKUS is informed and believes, and thereon alleges, that NETGEAR will continue to do so unless enjoined by the Court.

44.    RUCKUS is informed and believes, and thereon alleges, that NETGEAR is actively inducing others to infringe—including but not limited to RAYSPAN—and/or committing acts of contributory infringement of one or more claims of the '912 Patent through its activities related to making, using, importing, distributing, offering for sale, and/or selling the RangeMax WPN 824v3 product and possibly other infringing products in violation of 35 U.S.C. § 271(b) and 35 U.S.C. § 271(c), respectively.

45.    RUCKUS has been damaged by NETGEAR's infringing conduct and NETGEAR is therefore liable to RUCKUS for actual damages suffered and any profits realized on the sale of the RangeMax WPN 824v3 product and possibly other infringing products, which are not taken into account in the computation of actual damages, as well as any statutory damages, such as treble damages.  Moreover, such conduct is likely to cause substantial harm to RUCKUS, unless the Court enjoins the infringing conduct.

46.    RUCKUS is informed and believes, and thereon alleges, that NETGEAR's infringement of the '912 Patent has since at least February 2008, and continues to be, deliberate and willful.

47.    RUCKUS is informed and believes, and thereon alleges, that RAYSPAN's actions in making, using, importing, selling, distribution, and offers for sale of certain components utilized in the RangeMax 824v3 and possibly other products infringe the '912 Patent.  RUCKUS is informed and believes, and thereon alleges, that RAYSPAN will continue to do so unless enjoined by the Court.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT          (CASE NO. 3:08-cv-2310-JCS)

48.     RUCKUS is informed and believes, and thereon alleges, that RAYSPAN is actively inducing others to infringe and/or committing acts of contributory infringement of one or more claims of the '912 Patent through its activities related to making, using, importing, distributing, offering for sale, and/or selling components utilized in the RangeMax WPN 824v3 product and possibly other infringing products in violation of 35 U.S.C. § 271(b) and 35 U.S.C. § 271(c), respectively.

49.     RUCKUS has been damaged by RAYSPAN's infringing conduct and RAYSPAN is therefore liable to RUCKUS for actual damages suffered and any profits realized on the sale of the RangeMax WPN 824v3 product and possibly other infringing products, which are not taken into account in the computation of actual damages, as well as any statutory damages, such as treble damages.  Moreover, such conduct is likely to cause substantial harm to RUCKUS, unless the Court enjoins the infringing conduct.

50.     RUCKUS is informed and believes, and thereon alleges, that RAYSPAN's infringement of the '912 Patent has been, and continues to be, deliberate and willful.

WHEREFORE, RUCKUS prays for relief as set forth herein.

## PRAYER FOR RELIEF

WHEREFORE, RUCKUS requests entry of judgment in their favor and against the DEFENDANTS and each of them as follows:

A.     On Count I, declaring that Defendants NETGEAR and RAYSPAN, and each of them, has infringed one or more claims of the '562 Patent;

B.     On Count I, preliminarily and/or permanently enjoining Defendants NETGEAR and RAYSPAN, and each of them, and their officers, agents, servants, employees, and attorneys, and all persons acting in active concert or participation with them, from further infringing, contributing to, and/or inducing the infringement of the '562 Patent, in accordance with 35 U.S.C. § 283;

C.     On Count I, awarding RUCKUS a reasonable royalty in an amount adequate to compensate RUCKUS for NETGEAR and RAYSPAN's infringement, in accordance with 35 U.S.C. § 154;

D.    On Count I, awarding RUCKUS damages in an amount adequate to compensate RUCKUS for NETGEAR and RAYSPAN's infringement, in accordance with 35 U.S.C. § 284;

E.    On Count I, increasing the damages to three times the amount found or assessed by virtue of the deliberate and willful nature of NETGEAR's infringement, in accordance with 35 U.S.C. § 284;

F.    On Count II, declaring that Defendants NETGEAR and RAYSPAN, and each of them, has infringed one or more claims of the '912 Patent;

G.    On Count II, preliminarily and/or permanently enjoining Defendants NETGEAR and RAYSPAN, and each of them, and their officers, agents, servants, employees, and attorneys, and all persons acting in active concert or participation with them, from further infringing, contributing to, and/or inducing the infringement of the '912 Patent, in accordance with 35 U.S.C. § 283;

H.    On Count II, awarding RUCKUS a reasonable royalty in an amount adequate to compensate RUCKUS for NETGEAR and RAYSPAN's infringement, in accordance with 35 U.S.C. § 154;

I.    On Count II, awarding RUCKUS damages in an amount adequate to compensate RUCKUS for NETGEAR and RAYSPAN's infringement, in accordance with 35 U.S.C. § 284;

J.    On Count II, increasing the damages to three times the amount found or assessed by virtue of the deliberate and willful nature of NETGEAR's infringement, in accordance with 35 U.S.C. § 284;

K.    On all counts, for actual damages according to proof;

L.    On all counts, for interest on all the foregoing amounts, at the legal rate, with effect from the due date for payment;

M.    On all counts, awarding RUCKUS its costs of suit, including reasonable attorneys' fees; and

///
///
///
///

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT                (CASE NO. 3:08-cv-2310-JCS)

N.    On all counts, granting such other and further relief as this Court may deem just and appropriate.

May 28, 2008                                    CARR & FERRELL LLP

                                    By:    _____/S/_____
                                            ROBERT J. YORIO (SBN 93178)
                                            COLBY B. SPRINGER (SBN 214868)
                                            TAM T. PHAM (SBN 229090)

                                            *Attorneys for Plaintiff*
                                            RUCKUS WIRELESS, INC.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT            (CASE NO. 3:08-cv-2310-JCS)

1

**DEMAND FOR JURY TRIAL**

2

3          Plaintiff hereby demands a trial by jury of all issues so triable.

4

5    May 28, 2008                                    CARR & FERRELL LLP

6

7                                         By:    _____/S/_____
                                                  ROBERT J. YORIO (SBN 93178)
8                                                 COLBY B. SPRINGER (SBN 214868)
                                                  TAM T. PHAM (SBN 229090)
9

10                                                *Attorneys for Plaintiff*
                                                  RUCKUS WIRELESS, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto CA 94303. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT;
DEMAND FOR JURY TRIAL**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. I caused the machine to print a transmission record of the transmission, a copy of which will be produced upon request.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☒ (BY ELECTRONIC SERVICE) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

Gari L. Cheever
Gunderson Dettmer
11682 El Camino Real, Suite 100
San Diego, California 92130
Telephone No.: (858) 436-8000
Facsimile No.: (877) 881-9192
Email Address: gcheever@gunder.com

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 28, 2008 at Palo Alto, California.


_____/s/_____
CHRISTINE BLAUFUS

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT          (CASE NO. 3:08-cv-2310-JCS)

# EXHIBIT A

US007193562B2

(12) **United States Patent**    (10) **Patent No.:    US 7,193,562 B2**
Shtrom et al.    (45) **Date of Patent:    Mar. 20, 2007**

(54) **CIRCUIT BOARD HAVING A PERIPHERAL ANTENNA APPARATUS WITH SELECTABLE ANTENNA ELEMENTS**

(75) Inventors: **Victor Shtrom**, Sunnyvale, CA (US);
**Darin T. Milton**, Campbell, CA (US);
**William S. Kish**, Saratoga, CA (US)

(73) Assignee: **Ruckus Wireless, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 94 days.

(21) Appl. No.: **11/022,080**

(22) Filed: **Dec. 23, 2004**

(65) **Prior Publication Data**

US 2006/0109191 A1    May 25, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/630,499, filed on Nov. 22, 2004.

(51) **Int. Cl.**
| *H01Q 1/38* | (2006.01) |
| *H01Q 9/28* | (2006.01) |
| *H01Q 3/24* | (2006.01) |

(52) **U.S. Cl.** .............................. **343/700 MS**; 343/795; 343/876

(58) **Field of Classification Search** ......... 343/700 MS, 343/793, 795, 846, 876
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,176,356 A | 11/1979 | Foster et al. |
| 4,193,077 A | 3/1980 | Greenberg et al. |
| 4,814,777 A | 3/1989 | Monser |
| 5,220,340 A | 6/1993 | Shafai |
| 5,754,145 A | 5/1998 | Evans |

| 5,767,809 A | 6/1998 | Chuang et al. |
| 6,034,638 A | 3/2000 | Thiel et al. |
| 6,094,177 A | 7/2000 | Yamamoto |
| 6,266,528 B1 | 7/2001 | Farzaneh |
| 6,292,153 B1 | 9/2001 | Aiello et al. |
| 6,307,524 B1 | 10/2001 | Britain |
| 6,326,922 B1 | 12/2001 | Hegendoerfer |
| 6,337,628 B2 | 1/2002 | Campana, Jr. |
| 6,337,668 B1 | 1/2002 | Ito et al. |
| 6,339,404 B1 | 1/2002 | Johnson et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0534612 | 3/1993 |

(Continued)

*Primary Examiner*—Shih-Chao Chen
(74) *Attorney, Agent, or Firm*—Carr & Ferrell LLP

(57) **ABSTRACT**

A circuit board for wireless communications includes communication circuitry for modulating and/or demodulating a radio frequency (RF) signal and an antenna apparatus for transmitting and receiving the RF signal, the antenna apparatus having selectable antenna elements located near one or more peripheries of the circuit board. A first antenna element produces a first directional radiation pattern; a second antenna element produces a second directional radiation pattern offset from the first radiation pattern. The antenna elements may include one or more reflectors configured to provide gain and broaden the frequency response of the antenna element. A switching network couples one or more of the selectable elements to the communication circuitry and provides impedance matching regardless of which or how many of the antenna elements are selected. Selecting different combinations of antenna elements results in a configurable radiation pattern; alternatively, selecting several elements may result in an omnidirectional radiation pattern.

**36 Claims, 5 Drawing Sheets**



**EXHIBIT A**

US 7,193,562 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,356,243 | B1 | 3/2002 | Schneider et al. |
| 6,377,227 | B1 | 4/2002 | Zhu et al. |
| 6,392,610 | B1 | 5/2002 | Braun et al. |
| 6,404,386 | B1 | 6/2002 | Proctor, Jr. et al. |
| 6,407,719 | B1 | 6/2002 | Ohira et al. |
| 6,445,688 | B1 | 9/2002 | Garces et al. |
| 6,498,589 | B1 | 12/2002 | Horii |
| 6,507,321 | B2 | 1/2003 | Oberschmidt et al. |
| 6,753,814 | B2 | 6/2004 | Killen et al. |
| 6,762,723 | B2 | 7/2004 | Nallo et al. |
| 6,888,504 | B2 | 5/2005 | Chiang et al. |
| 6,906,678 | B2 | 6/2005 | Chen |
| 6,924,768 | B2 | 8/2005 | Wu et al. |
| 6,950,019 | B2 | 9/2005 | Bellone et al. |
| 7,034,770 | B2 * | 4/2006 | Yang et al. .................. 343/793 |
| 7,064,717 | B2 * | 6/2006 | Kaluzni et al. ............. 343/702 |
| 2002/0047800 | A1 | 4/2002 | Proctor, Jr. et al. |
| 2002/0084942 | A1 | 7/2002 | Tsai et al. |
| 2002/0105471 | A1 | 8/2002 | Kojima et al. |
| 2002/0158798 | A1 | 10/2002 | Chiang et al. |
| 2003/0030588 | A1 | 2/2003 | Kalis et al. |
| 2003/0122714 | A1 | 7/2003 | Wannagot et al. |
| 2003/0184490 | A1 | 10/2003 | Raiman et al. |
| 2003/0189514 | A1 | 10/2003 | Miyano et al. |
| 2003/0189521 | A1 | 10/2003 | Yamamoto et al. |
| 2003/0189523 | A1 | 10/2003 | Ojantakanen et al. |
| 2003/0210207 | A1 | 11/2003 | Suh et al. |
| 2003/0227414 | A1 | 12/2003 | Saliga et al. |
| 2001/0017310 | A1 | 1/2004 | Runkle et al. |
| 2004/0014432 | A1 | 1/2004 | Boyle |
| 2004/0017860 | A1 | 1/2004 | Liu |
| 2004/0027291 | A1 | 2/2004 | Zhang et al. |
| 2004/0027304 | A1 | 2/2004 | Chiang et al. |
| 2004/0032378 | A1 | 2/2004 | Volman et al. |
| 2004/0036651 | A1 | 2/2004 | Toda |
| 2004/0041732 | A1 | 3/2004 | Aikawa et al. |
| 2004/0048593 | A1 | 3/2004 | Sano |
| 2004/0058690 | A1 | 3/2004 | Ratzel et al. |
| 2004/0061653 | A1 | 4/2004 | Webb et al. |
| 2004/0070543 | A1 | 4/2004 | Masaki |
| 2004/0080455 | A1 | 4/2004 | Lee |
| 2004/0095278 | A1 | 5/2004 | Kanemoto et al. |
| 2004/0114535 | A1 | 6/2004 | Hoffmann et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 03/079484 | 9/2003 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3A



FIG. 3B



FIG. 3C



FIG. 3D



FIG. 4



FIG. 5A



FIG. 5B



FIG. 5C

US 7,193,562 B2

**1**

# CIRCUIT BOARD HAVING A PERIPHERAL ANTENNA APPARATUS WITH SELECTABLE ANTENNA ELEMENTS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the priority benefit of U.S. provisional patent application No. 60/630,499, entitled "Method and Apparatus for Providing 360 Degree Coverage via Multiple Antenna Elements Co-Located with Electronic Circuitry on a Printed Circuit Board Assembly," filed Nov. 22, 2004, which is hereby incorporated by reference. This application is related to U.S. patent application Ser. No. 11/010,076 entitled "System and Method for an Omnidirectional Planar Antenna Apparatus with Selectable Elements," filed Dec. 9, 2004, which is also incorporated by reference.

## BACKGROUND OF INVENTION

### 1. Field of the Invention

The present invention relates generally to wireless communications, and more particularly to a circuit board having a peripheral antenna apparatus with selectable antenna elements.

### 2. Description of the Prior Art

In communications systems, there is an ever-increasing demand for higher data throughput and a corresponding drive to reduce interference that can disrupt data communications. For example, in an IEEE 802.11 network, an access point (i.e., base station) communicates data with one or more remote receiving nodes (e.g., a network interface card) over a wireless link. The wireless link may be susceptible to interference from other access points, other radio transmitting devices, changes or disturbances in the wireless link environment between the access point and the remote receiving node, and so on. The interference may be such to degrade the wireless link, for example by forcing communication at a lower data rate, or may be sufficiently strong to completely disrupt the wireless link.

One solution for reducing interference in the wireless link between the access point and the remote receiving node is to provide several omnidirectional antennas for the access point, in a "diversity" scheme. For example, a common configuration for the access point comprises a data source coupled via a switching network to two or more physically separated omnidirectional antennas. The access point may select one of the omnidirectional antennas by which to maintain the wireless link. Because of the separation between the omnidirectional antennas, each antenna experiences a different signal environment, and each antenna contributes a different interference level to the wireless link. The switching network couples the data source to whichever of the omnidirectional antennas experiences the least interference in the wireless link.

However, one limitation with using two or more omnidirectional antennas for the access point is that each omnidirectional antenna comprises a separate unit of manufacture with respect to the access point, thus requiring extra manufacturing steps to include the omnidirectional antennas in the access point. A further limitation is that the omnidirectional antenna typically comprises an upright wand attached to a housing of the access point. The wand typically comprises a rod exposed outside of the housing, and may be subject to breakage or damage.

Another limitation is that typical omnidirectional antennas are vertically polarized. Vertically polarized radio fre-

**2**

quency (RF) energy does not travel as efficiently as horizontally polarized RF energy inside a typical office or dwelling space, additionally, most laptop computer network interface cards have horizontally polarized antennas. Typical solutions for creating horizontally polarized RF antennas to date have been expensive to manufacture, or do not provide adequate RF performance to be commercially successful.

A still further limitation with the two or more omnidirectional antennas is that because the physically separated antennas may still be relatively close to each other, each of the several antennas may experience similar levels of interference and only a relatively small reduction in interference may be gained by switching from one omnidirectional antenna to another omnidirectional antenna.

## SUMMARY OF INVENTION

A system comprises communication circuitry, a first antenna element, and a second antenna element. The communication circuitry is located in a first area of a circuit board and is configured to generate an RF signal into an antenna feed port of the circuit board. The first antenna element is located near a first periphery of the circuit board and is configured to produce a first directional radiation pattern when coupled to the antenna feed port. The second antenna element is located near a second periphery of the circuit board and is configured to produce a second directional radiation pattern offset from the first directional radiation pattern when coupled to the antenna feed port.

A method comprises generating an RF signal in communication circuitry located on a first area of a circuit board, routing the RF signal from the communication circuitry to an antenna feed port of the circuit board; and coupling the RF signal from the antenna feed port to a first antenna element and a second antenna element. The first antenna element is located near a first periphery of the circuit board and configured to produce a first directional radiation pattern when coupled to the antenna feed port. The second antenna element is located near a second periphery of the circuit board and is configured to produce a second directional radiation pattern offset from the first radiation pattern when coupled to the antenna feed port.

A circuit board comprises an antenna feed port configured to distribute an RF signal generated by communication circuitry located on the circuit board, a first antenna element located near a first periphery of the circuit board and configured to produce a first directional radiation pattern when coupled to the RF signal, and a second antenna element located near a second periphery of the circuit board and configured to produce a second directional radiation pattern offset from the first directional radiation pattern when coupled to the RF signal.

## BRIEF DESCRIPTION OF DRAWINGS

The present invention will now be described with reference to drawings that represent a preferred embodiment of the invention. In the drawings, like components have the same reference numerals. The illustrated embodiment is intended to illustrate, but not to limit the invention. The drawings include the following figures:

FIG. **1** illustrates an exemplary schematic for a system incorporating a circuit board having a peripheral antenna apparatus with selectable elements, in one embodiment in accordance with the present invention;

FIG. **2** illustrates the circuit board having the peripheral antenna apparatus with selectable elements of FIG. **1**, in one embodiment in accordance with the present invention;

**3**

FIG. **3A** illustrates a modified dipole for the antenna apparatus of FIG. **2**, in one embodiment in accordance with the present invention;

FIG. **3B** illustrates a size reduced modified dipole for the antenna apparatus of FIG. **2**, in an alternative embodiment in accordance with the present invention;

FIG. **3C** illustrates an alternative modified dipole for the antenna apparatus of FIG. **2**, in an alternative embodiment in accordance with the present invention;

FIG. **3D** illustrates a modified dipole with coplanar strip transition for the antenna apparatus of FIG. **2**, in an alternative embodiment in accordance with the present invention;

FIG. **4** illustrates the antenna element of FIG. **3A**, showing multiple layers of the circuit board, in one embodiment of the invention;

FIG. **5A** illustrates the antenna feed port and the switching network of FIG. **2**, in one embodiment in accordance with the present invention;

FIG. **5B** illustrates the antenna feed port and the switching network of FIG. **2**, in an alternative embodiment in accordance with the present invention; and

FIG. **5C** illustrates the antenna feed port and the switching network of FIG. **2**, in an alternative embodiment in accordance with the present invention.

DETAILED DESCRIPTION

A system for a wireless (i.e., radio frequency or RF) link to a remote receiving device includes a circuit board comprising communication circuitry for generating an RF signal and an antenna apparatus for transmitting and/or receiving the RF signal. The antenna apparatus includes two or more antenna elements arranged near the periphery of the circuit board. Each of the antenna elements provides a directional radiation pattern. In some embodiments, the antenna elements may be electrically selected (e.g., switched on or off) so that the antenna apparatus may form configurable radiation patterns. If multiple antenna elements are switched on, the antenna apparatus may form an omnidirectional radiation pattern.

Advantageously, the circuit board interconnects the communication circuitry and provides the antenna apparatus in one easily manufacturable printed circuit board. Including the antenna apparatus in the printed circuit board reduces the cost to manufacture the circuit board and simplifies interconnection with the communication circuitry. Further, including the antenna apparatus in the circuit board provides more consistent RF matching between the communication circuitry and the antenna elements. A further advantage is that the antenna apparatus radiates directional radiation patterns substantially in the plane of the antenna elements. When mounted horizontally, the radiation patterns are horizontally polarized, so that RF signal transmission indoors is enhanced as compared to a vertically polarized antenna.

FIG. **1** illustrates an exemplary schematic for a system **100** incorporating a circuit board having a peripheral antenna apparatus with selectable elements, in one embodiment in accordance with the present invention. The system **100** may comprise, for example without limitation, a transmitter/receiver such as an 802.11 access point, an 802.11 receiver, a set-top box, a laptop computer, a television, a cellular telephone, a cordless telephone, a wireless VoIP phone, a remote control, and a remote terminal such as a handheld gaming device. In some exemplary embodiments, the system **100** comprises an access point for communicat-

**4**

ing to one or more remote receiving nodes over a wireless link, for example in an 802.11 wireless network.

The system **100** comprises a circuit board **105** including a radio modulator/demodulator (modem) **120** and a peripheral antenna apparatus **110**. The radio modem **120** may receive data from a router connected to the Internet (not shown), convert the data into a modulated RF signal, and the antenna apparatus **110** may transmit the modulated RF signal wirelessly to one or more remote receiving nodes (not shown). The system **100** may also form a part of a wireless local area network by enabling communications among several remote receiving nodes. Although the disclosure will focus on a specific embodiment for the system **100** including the circuit board **105**, aspects of the invention are applicable to a wide variety of appliances, and are not intended to be limited to the disclosed embodiment. For example, although the system **100** may be described as transmitting to a remote receiving node via the antenna apparatus **110**, the system **100** may also receive RF-modulated data from the remote receiving node via the antenna apparatus **110**.

FIG. **2** illustrates the circuit board **105** having the peripheral antenna apparatus **110** with selectable elements of FIG. **1**, in one embodiment in accordance with the present invention. In some embodiments, the circuit board **105** comprises a printed circuit board (PCB) such as FR4, Rogers 4003, or other dielectric material with four layers, although any number of layers is comprehended, such as six.

The circuit board **105** includes an area **210** for interconnecting circuitry including for example a power supply **215**, an antenna selector **220**, a data processor **225**, and a radio modulator/demodulator (modem) **230**. In some embodiments, the data processor **225** comprises well-known circuitry for receiving data packets from a router connected to the Internet (e.g., via a local area network). The radio modem **230** comprises communication circuitry including virtually any device for converting the data packets processed by the data processor **225** into a modulated RF signal for transmission to one or more of the remote receiving nodes, and for reception therefrom. In some embodiments, the radio modem **230** comprises circuitry for converting the data packets into an 802.11 compliant modulated RF signal.

From the radio modem **230**, the circuit board **105** also includes a microstrip RF line **234** for routing the modulated RF signal to an antenna feed port **235**. Although not shown, in some embodiments, an antenna feed port **235** is configured to distribute the modulated RF signal directly to antenna elements **240A–240G** of the peripheral antenna apparatus **110** (not labeled) by way of antenna feed lines. In the embodiment depicted in FIG. **2**, the antenna feed port **235** is configured to distribute the modulated RF signal to one or more of the selectable antenna elements **240A–240G** by way of a switching network **237** and microstrip feed lines **239A–G**. Although described as microstrip, the feed lines **239** may also comprise coupled microstrip, coplanar strips with impedance transformers, coplanar waveguide, coupled strips, and the like.

The antenna feed port **235**, the switching network **237**, and the feed lines **239** comprise switching and routing components on the circuit board **105** for routing the modulated RF signal to the antenna elements **240A–G**. As described further herein, the antenna feed port **235**, the switching network **237**, and the feed lines **239** include structures for impedance matching between the radio modem **230** and the antenna elements **240**. The antenna feed port **235**, the switching network **237**, and the feed lines **239** are further described with respect to FIG. **5**.

US 7,193,562 B2

5                                                                    6

As described further herein, the peripheral antenna apparatus comprises a plurality of antenna elements 240A–G located near peripheral areas of the circuit board 105. Each of the antenna elements 240 produces a directional radiation pattern with gain (as compared to an omnidirectional antenna) and with polarization substantially in the plane of the circuit board 105. Each of the antenna elements may be arranged in an offset direction from the other antenna elements 240 so that the directional radiation pattern produced by one antenna element (e.g., the antenna element 240A) is offset in direction from the directional radiation pattern produced by another antenna element (e.g., the antenna element 240C). Certain antenna elements may also be arranged in substantially the same direction, such as the antenna elements 240D and 240E. Arranging two or more of the antenna elements 240 in the same direction provides spatial diversity between the antenna elements 240 so arranged.

In embodiments with the switching network 237, selecting various combinations of the antenna elements 240 produces various radiation patterns ranging from highly directional to omnidirectional. Generally, enabling adjacent antenna elements 240 results in higher directionality in azimuth as compared to selecting either of the antenna elements 240 alone. For example, selecting the adjacent antenna elements 240A and 240B may provide higher directionality than selecting either of the antenna elements 240A or 240B alone. Alternatively, selecting every other antenna element (e.g., the antenna elements 240A, 240C, 240E, and 240G) or all of the antenna elements 240 may produce an omnidirectional radiation pattern.

The operating principle of the selectable antenna elements 240 may be further understood by review of co-pending U.S. patent application Ser. No. 11/010,076, entitled "System and Method for an Omnidirectional Planar Antenna Apparatus with Selectable Elements," filed Dec. 9, 2004, and previously incorporated herein by reference.

FIG. 3A illustrates the antenna element 240A of FIG. 2, in one embodiment in accordance with the present invention. The antenna element 240A of this embodiment comprises a modified dipole with components on both exterior surfaces of the circuit board 105 (considered as the plane of FIG. 3A). Specifically, on a first surface of the circuit board 105, the antenna element 240A includes a first dipole component 310. On a second surface of the circuit board 105, depicted by dashed lines in FIG. 3, the antenna element 240A includes a second dipole component 311 extending substantially opposite from the first dipole component 310. The first dipole component 310 and the second dipole component 311 form the antenna element 240A to produce a generally cardioid directional radiation pattern substantially in the plane of the circuit board.

In some embodiments, such as the antenna elements 240B and 240C of FIG. 2, the dipole component 310 and/or the dipole component 311 may be bent to conform to an edge of the circuit board 105. Incorporating the bend in the dipole component 310 and/or the dipole component 311 may reduce the size of the circuit board 105. Although described as being formed on the surface of the circuit board 105, in some embodiments the dipole components 310 and 311 are formed on interior layers of the circuit board 105, as described herein.

The antenna element 240A may optionally include one or more reflectors (e.g., the reflector 312). The reflector 312 comprises elements that may be configured to concentrate the directional radiation pattern formed by the first dipole component 310 and the second dipole component 311. The reflector 312 may also be configured to broaden the frequency response of the antenna component 240A. In some embodiments, the reflector 312 broadens the frequency response of each modified dipole to about 300 MHz to 500 MHz. In some embodiments, the combined operational bandwidth of the antenna apparatus resulting from coupling more than one of the antenna elements 240 to the antenna feed port 235 is less than the bandwidth resulting from coupling only one of the antenna elements 240 to the antenna feed port 235. For example, with four antenna elements 240 (e.g., the antenna elements 240A, 240C, 240E, and 240G) selected to result in an omnidirectional radiation pattern, the combined frequency response of the antenna apparatus is about 90 MHz. In some embodiments, coupling more than one of the antenna elements 240 to the antenna feed port 235 maintains a match with less than 10 dB return loss over 802.11 wireless LAN frequencies, regardless of the number of antenna elements 240 that are switched on.

FIG. 3B illustrates the antenna element 240A of FIG. 2, in an alternative embodiment in accordance with the present invention. The antenna element 240A of this embodiment may be reduced in dimension as compared to the antenna element 240A of FIG. 3A. Specifically, the antenna element 240A of this embodiment comprises a first dipole component 315 incorporating a meander, a second dipole component 316 incorporating a corresponding meander, and a reflector 317. Because of the meander, the antenna element 240A of this embodiment may require less space on the circuit board 105 as compared to the antenna element 240A of FIG. 3A.

FIG. 3C illustrates the antenna element 240A of FIG. 2, in an alternative embodiment in accordance with the present invention. The antenna element 240A of this embodiment includes one or more components on one or more layers internal to the circuit board 105. Specifically, in one embodiment, a first dipole component 321 is formed on an internal ground plane of the circuit board 105. A second dipole component 322 is formed on an exterior surface of the circuit board 105. As described further with respect to FIG. 4, a reflector 323 may be formed internal to the circuit board 105, or may be formed on the exterior surface of the circuit board 105. An advantage of this embodiment of the antenna element 240A is that vias through the circuit board 105 may be reduced or eliminated, making the antenna element 240A of this embodiment less expensive to manufacture.

FIG. 3D illustrates the antenna element 240A of FIG. 2, in an alternative embodiment in accordance with the present invention. The antenna element 240A of this embodiment includes a modified dipole with a microstrip to coplanar strip (CPS) transition 332 and CPS dipole arms 330A and 330B on a surface layer of the circuit board 105. Specifically, this embodiment provides that the CPS dipole arm 330A may be coplanar with the CPS dipole arm 330B, and may be formed on the same surface of the circuit board 105. This embodiment may also include a reflector 331 formed on one or more interior layers of the circuit board 105 or on the opposite surface of the circuit board 105. An advantage of this embodiment is that no vias are needed in the circuit board 105.

It will be appreciated that the dimensions of the individual components of the antenna elements 240A–G (e.g., the first dipole component 310, the second dipole component 311, and the reflector 312) depend upon a desired operating frequency of the antenna apparatus. Furthermore, it will be appreciated that the dimensions of wavelength depend upon conductive and dielectric materials comprising the circuit board 105, because speed of electron propagation depends

US 7,193,562 B2

7

upon the properties of the circuit board **105** material. Therefore, dimensions of wavelength referred to herein are intended specifically to incorporate properties of the circuit board, including considerations such as the conductive and dielectric properties of the circuit board **105**. The dimensions of the individual components may be established by use of RF simulation software, such as IE3D from Zeland Software of Fremont, Calif.

FIG. **4** illustrates the antenna element **240**A of FIG. **3**A, showing multiple layers of the circuit board **105**, in one embodiment of the invention. The circuit board **105** of this embodiment comprises a 60 mil thick stackup with three dielectrics and four metallization layers A–D, with an internal RF ground plane at layer B (10 mils from top layer A to the internal ground layer B). Layer B is separated by a 40 mil thick dielectric to the next layer C, which may comprise a power plane. Layer C is separated by a 10 mil dielectric to the bottom layer D.

The first dipole component **310** and portions **412**A of the reflector **312** is formed on the first (exterior) surface layer A. In the second metallization layer B, which includes a connection to the ground layer (depicted as an open trace), corresponding portions **412**B of the reflector **312** are formed. On the third metallization layer C, corresponding portions **412**C of the reflector **312** are formed. The second dipole component **411**D is formed along with corresponding portions of the reflector **412**D on the fourth (exterior) surface metallization layer D. The reflectors **412**A–D and the second dipole component **411**B-D on the ground layer B are interconnected to the ground layer B by an array of metallized vias **415** (only one via **415** shown, for clarity) spaced less than ½oth of a wavelength apart, as determined by an operating RF frequency range of 2.4–2.5 GHz for 802.11. It will be apparent to a person or ordinary skill that the reflector **312** comprises four layers, depicted as **412**A–D.

An advantage of the antenna element **240**A of FIG. **4** is that transitions in the RF path are avoided. Further, because of the cutaway portion of the reflector **412**A and the array of vias interconnecting the layers of the circuit board **105**, the antenna element **240**A of this embodiment offers a good ground plane for the ground dipole **311** and the reflector element **312**.

FIG. **5**A illustrates the antenna feed port **235** and the switching network **237** of FIG. **2**, in one embodiment in accordance with the present invention. The antenna feed port **235** of this embodiment receives the RF line **234** from the radio modem **230** into a distribution point **235**A. From the distribution point **235**A, impedance matched RF traces **515**A–G extend to PIN diodes **520**A–G. In one embodiment, the RF traces **515**A–G comprise 20 mils wide traces, based upon a 10 mil dielectric from the internal ground layer (e.g., the ground layer B of FIG. **4**). Feed lines **239**A–G (only portions of the feed lines **239** are shown for clarity) extend from the PIN diodes **520**A–G to each of the antenna elements **240**.

Each PIN diode **520** comprises a single-pole single-throw switch to switch each antenna element **240** either on or off (i.e., couple or decouple each of the antenna elements **240** to the antenna feed port **235**). In one embodiment, a series of control signals (not shown) is used to bias each PIN diode **520**. With the PIN diode **520** forward biased and conducting a DC current, the PIN diode **520** is switched on, and the corresponding antenna element **240** is selected. With the PIN diode **520** reverse biased, the PIN diode **520** is switched off.

In one embodiment, the RF traces **515**A–G are of length equal to a multiple of one half wavelength from the antenna feed port **235**. Although depicted as equal length in FIG. **5**A,

8

the RF traces **515**A–G may be unequal in length, but multiples of one half wavelength from the antenna feed port **235**. For example, the RF trace **515**A may be of zero length so that the PIN diode **520**A is directly attached to the antenna feed port **235**. The RF trace **515**B may be one half wavelength, the RF trace **515**C may be one wavelength, and so on, in any combination. The PIN diodes **520**A–G are multiples of one half wavelength from the antenna feed port **235** so that disabling one PIN diode (e.g. the PIN diode **520**A) does not create an RF mismatch that would cause RF reflections back to the distribution point **235**A and to other traces **515** that are enabled (e.g., the trace **515**B). In this fashion, when the PIN diode **540**A is "off," the radio modem **230** sees a high impedance on the trace **515**A, and the impedance of the trace **515**B that is "on" is virtually unaffected by the PIN diode **540**A. In some embodiments, the PIN diodes **520**A–G are located at an offset from the one half wavelength distance. The offset is determined to account for stray capacitance in the distribution point **235**A and/or the PIN diodes **520**A–G.

FIG. **5**B illustrates the antenna feed port **235** and the switching network **237** of FIG. **2**, in an alternative embodiment in accordance with the present invention. The antenna feed port **235** of this embodiment receives the RF line **234** from the radio modem **230** into a distribution point **235**B. The distribution point **235**B of this embodiment is configured as a solder pad for the PIN diodes **520**A–G. The PIN diodes **520**A–G are soldered between the distribution point **235**B and the ends of the feed lines **239**A–G. In essence, the distribution point **235**B of this embodiment acts as a zero wavelength distance from the antenna feed port **235**. An advantage of this embodiment is that the feed lines extending from the PIN diodes **520**A–G to the antenna elements **240**A–G offer unbroken controlled impedance.

FIG. **5**C illustrates the antenna feed port and the switching network of FIG. **2**, in an alternative embodiment in accordance with the present invention. This embodiment may be considered as a combination of the embodiments depicted in FIGS. **5**A and **5**B. The PIN diodes **520**A, **520**C, **520**E, and **520**G are connected to the RF traces **515**A, **515**C, **515**E, and **515**G, respectively, in similar fashion to that described with respect to FIG. **5**A. However, the PIN diodes **520**B, **520**D, and **520**F are soldered to a distribution point **235**C and to the corresponding feed lines **239**B, **239**D, and **239**F, in similar fashion to that described with respect to FIG. **5**B.

Although the switching network **237** is described as comprising PIN diodes **520**, it will be appreciated that the switching network **237** may comprise virtually any RF switching device such as a GaAs FET, as is well known in the art. In some embodiments, the switching network **237** comprises one or more single-pole multiple-throw switches. In some embodiments, one or more light emitting diodes (not shown) are coupled to the switching network **237** or the feed lines **239** as a visual indicator of which of the antenna elements **240** is on or off. In one embodiment, a light emitting diode is placed in circuit with each PIN diode **520** so that the light emitting diode is lit when the corresponding antenna element **240** is selected.

Referring to FIG. **2**, because in some embodiments the antenna feed port **235** is not in the center of the circuit board **105**, which would make the antenna feed lines **239** of equal length and minimum loss, the lengths of the antenna feed lines **239** may not comprise equivalent lengths from the antenna feed port **235**. Unequal lengths of the antenna feed lines **239** may result in phase offsets between the antenna elements **240**. Accordingly, in some embodiments not shown in FIG. **2**, each of the feed lines **239** to the antenna elements

**9**

240 are designed to be as long as the longest of the feed lines 239, even for antenna elements 240 that are relatively close to the antenna feed port 235. In some embodiments, the lengths of the feed lines 239 are designed to be a multiple of a half-wavelength offset from the longest of the feed lines 239. In still other embodiments, the lengths of the feed lines 239 which are odd multiples of one half wavelength from the other feed lines 239 incorporate a "phase-inverted" antenna element 240 to compensate. For example, referring to FIG. 2, the antenna elements 240C and 240F are inverted by 180 degrees because the feed lines 239C and 239F are 180 degrees out of phase from the feed lines 239A, 239B, 239D, 239E, and 239G. In an antenna element 240 that is phase inverted, the first dipole component (e.g., surface layer) replaces the second dipole component (e.g., ground layer). It will be appreciated that this provides the 180 degree phase shift in the antenna element to compensate for the 180 degree feed line phase shift.

An advantage of the system 100 (FIG. 1) incorporating the circuit board 105 having the peripheral antenna apparatus with selectable antenna elements 240 (FIG. 2) is that the antenna elements 240 are constructed directly on the circuit board 105, therefore the entire circuit board 105 can be easily manufactured at low cost. As depicted in FIG. 2, one embodiment or layout of the circuit board 105 comprises a substantially square or rectangular shape, so that the circuit board 105 is easily panelized from readily available circuit board material. As compared to a system incorporating externally-mounted vertically polarized "whip" antennas for diversity, the circuit board 105 minimizes or eliminates the possibility of damage to the antenna elements 240.

A further advantage of the circuit board 105 incorporating the peripheral antenna apparatus with selectable antenna elements 240 is that the antenna elements 240 may be configured to reduce interference in the wireless link between the system 100 and a remote receiving node. For example, the system 100 communicating over the wireless link to the remote receiving node may select a particular configuration of selected antenna elements 240 that minimizes interference over the wireless link. For example, if an interfering signal is received strongly via the antenna element 240C, and the remote receiving node is received strongly via the antenna element 240A, selecting only the antenna element 240A may reduce the interfering signal as opposed to selecting the antenna element 240C. The system 100 may select a configuration of selected antenna elements 240 corresponding to a maximum gain between the system and the remote receiving node. Alternatively, the system 100 may select a configuration of selected antenna elements 240 corresponding to less than maximal gain, but corresponding to reduced interference. Alternatively, the antenna elements 240 may be selected to form a combined omnidirectional radiation pattern.

Another advantage of the circuit board 105 is that the directional radiation pattern of the antenna elements 240 is substantially in the plane of the circuit board 105. When the circuit board 105 is mounted horizontally, the corresponding radiation patterns of the antenna elements 240 are horizontally polarized. Horizontally polarized RF energy tends to propagate better indoors than vertically polarized RF energy. Providing horizontally polarized signals improves interference rejection (potentially, up to 20 dB) from RF sources that use commonly-available vertically polarized antennas.

The invention has been described herein in terms of several preferred embodiments. Other embodiments of the invention, including alternatives, modifications, permutations and equivalents of the embodiments described herein,

**10**

will be apparent to those skilled in the art from consideration of the specification, study of the drawings, and practice of the invention. The embodiments and preferred features described above should be considered exemplary, with the invention being defined by the appended claims, which therefore include all such alternatives, modifications, permutations and equivalents as fall within the true spirit and scope of the present invention.

What is claimed is:

1. A peripheral antenna system, comprising:

communication circuitry located in an interior area of a circuit board, the communication circuitry configured to generate an RF signal into a feed line distribution point of the circuit board;

a first antenna element located near a first periphery of the circuit board, the first antenna element configured to produce a first directional radiation pattern when coupled to the feed line distribution point; and

a second antenna element located near a second periphery of the circuit board, the second antenna element configured to produce a second directional radiation pattern offset from the first directional radiation pattern when coupled to the feed line distribution point, wherein the first antenna element and the second antenna element substantially surround the communication circuitry and the first antenna and second antenna element collectively produce substantially omnidirectional and horizontally polarized radiation coverage that is substantially in the plane of the circuit board when the first antenna element and the second antenna element are coupled to the feed line distribution point.

2. The peripheral antenna system of claim 1 further comprising a switching network configured to selectively couple the feed line distribution point to the first antenna element and the second antenna element.

3. The peripheral antenna system of claim 2, wherein the switching network comprises a first RF switch located at about a multiple of one-half wavelength from the feedline distribution point, the first RF switch configured to selectively couple the feed line distribution point to the first antenna element.

4. The peripheral antenna system of claim 1 further comprising:

a first feed line of the circuit board configured to couple the feed line distribution point to the first antenna element; and

a second feed line of the circuit board configured to couple the feed line distribution point to the second antenna element, the second feed line having electrical length of about a multiple of one-half wavelength as compared to the first feed line.

5. The peripheral antenna system of claim 1, wherein the first antenna element comprises a modified dipole.

6. The peripheral antenna system of claim 5, wherein the modified dipole comprises a bent dipole component.

7. The peripheral antenna system of claim 5, wherein the first antenna element further comprises a reflector, the reflector configured to concentrate the radiation pattern of the first antenna element.

8. The peripheral antenna system of claim 5, wherein the first antenna element further comprises a reflector, the reflector configured to broaden the frequency response of the first antenna element.

9. The peripheral antenna system of claim 1, wherein the first antenna element comprises a first dipole component and a second dipole component, wherein at least one of the first

**11**

dipole component and the second dipole component is formed on an exterior surface of the circuit board.

**10**. The peripheral antenna system of claim **1**, wherein the first antenna element comprises a first dipole component formed on a surface of the circuit board and a second dipole component formed on an opposite surface of the circuit board, the second dipole component coupled to an internal ground layer of the circuit board.

**11**. A peripheral antenna system, comprising:

communication circuitry located in an interior area of a circuit board, the communication circuitry configured to generate an RF signal into an feed line distribution point of the circuit board;

a plurality of antenna elements, plurality of antenna elements arranged near at least two edges of the circuit board, the plurality of antenna elements substantially surrounding the communication circuitry, each of the plurality of antenna elements configured to form a directional radiation pattern when coupled to the feed line distribution point; and

a switching network configured to selectively couple the feed line distribution point to each of the plurality of antenna elements to collectively result in the generation of a configurable and substantially omnidirectional and horizontally polarized radiation pattern substantially in the plane of the circuit board.

**12**. The peripheral antenna system of claim **11**, wherein the switching network comprises art RF switch for each of the antenna elements, the RF switch located at about a multiple of one-half wavelength from the feed line distribution point.

**13**. The peripheral antenna system of claim **12** further comprising a feed line coupling the RF switch to the antenna element, the feed line having an electrical length of about a multiple of one-half wavelength from the feed line distribution point.

**14**. The peripheral antenna system of claim **11**, wherein at least one of the antenna elements comprises a modified dipole.

**15**. The peripheral antenna system of claim **14** further comprising at least one phase inverted modified dipole.

**16**. The peripheral antenna system of claim **14** further comprising a reflector for the modified dipole, the reflector configured to concentrate the radiation pattern of the modified dipole.

**17**. The peripheral antenna system of claim **14** further comprising a reflector for the modified dipole, the reflector configured to broaden the frequency response of the modified dipole.

**18**. A method for generating a radiation pattern comprising:

generating an RF signal in communication circuitry located in an interior area of a circuit board;

routing the RF signal from the communication circuitry to a feed line distribution paint of the circuit board; and

coupling the RF signal from the feed line distribution point to a first antenna element and a second antenna element, the first antenna element located near a first periphery of the circuit board, the second antenna element located near a second periphery of the circuit board, the first and second antenna elements substantially surrounding the communication circuitry the first antenna element configured to produce a first directional radiation pattern when coupled to the feed line distribution point the second antenna element configured to produce a second directional radiation pattern offset from the first radiation pattern when coupled to

**12**

the feed line distribution point, wherein the first and second directional radiation patterns collectively produce a substantially omnidirectional and horizontally polarized radiation pattern substantially in the plane of the circuit board when the first antenna element and the second antenna element are coupled to the feed line distribution point.

**19**. The method of claim **18**, wherein coupling the RF signal from the feed line distribution point to the first antenna element comprises enabling an RF switch, the RF switch coupled to the circuit board at about a multiple of one-half wavelength of the RF signal from the feed line distribution point.

**20**. The method of claim **19**, wherein the RF switch comprises a PIN diode.

**21**. The method of claim **19**, wherein the RF switch is coupled to the circuit board at an offset from the multiple of one-half wavelength of the RF signal from the feed line distribution point, the offset based upon a stray capacitance of at least one of the feed line distribution point and the RF switch.

**22**. The method of claim **18**, wherein coupling the RF signal to the first antenna element and the second antenna element comprises energizing a first feed line of the circuit board and a second feed line of the circuit board, the second feed line comprising about a multiple of one-half wavelength as compared to the first feed line.

**23**. The method of claim **18**, wherein coupling the RF signal to the first antenna element and the second antenna element comprises routing the RF signal to the first antenna element and the second antenna element so that the first antenna element is substantially in phase with the second antenna element.

**24**. The meted of claim **18**, wherein the first periphery and the second periphery are on substantially opposite edges of the circuit board.

**25**. The method of claim **18**, wherein the first antenna element comprises a modified dipole.

**26**. The method of claim **25**, wherein the first antenna element further comprises a reflector.

**27**. A peripheral antenna system, comprising:

communication circuitry located in an interior area of a circuit board, the communication circuitry configured to generate an RF signal into a feed line distribution point of the circuit board;

first means for radiating the RF signal in a first directional radiation pattern, the first means formed in a first periphery of the circuit board;

second means for radiating the RF signal in a second directional radiation pattern offset from the first directional radiation pattern, the second means formed in a second periphery of the circuit board; and

means for coupling the feed line distribution point to the first means for radiating the RF signal and the second means for radiating the RF signal, wherein the first means and the second means substantially surround the communication circuitry and the first and second means collectively produce substantially omnidirectional and horizontally polarized radiation coverage substantially in the plane of the circuit board when the first means and the second means are coupled to the Feedline distribution point.

**28**. The peripheral antenna system of claim **27**, wherein the first means for radiating the RF signal comprises means for concentrating the first directional radiation pattern.

**29**. The peripheral antenna system of claim **27**, wherein the means for coupling further comprises means for selec-

US 7,193,562 B2

**13**

tively coupling the feed line distribution point to the first means and the second means.

**30**. A circuit board, comprising:

a feed line distribution point configured to distribute an RF signal generated by communication circuitry located in an interior area of the circuit board;

a first antenna element located near a first periphery of the circuit board, the first antenna element configured to produce a first directional radiation pattern when coupled to the RF signal; and

a second antenna element located near a second periphery of the circuit board, the second antenna element configured to produce a second directional radiation pattern offset from the first directional radiation pattern, wherein the first and second antenna elements substantially surround the communication circuitry and the first and second antenna elements collectively produce substantially omnidirectional and horizontally polarized radiation coverage substantially in the plane of the circuit board when coupled to the RF signal.

**31**. The circuit board of claim **30** further comprising a switching network adapted to receive a first RF switch and a second RF switch, the switching network configured to couple the feed line distribution point to the first antenna element when the first RF switch is enabled and to the

**14**

second antenna element when the second RF switch is enabled.

**32**. The circuit board of claim **31**, wherein the switching network is configured with the first RF switch at about a multiple of one-half wavelength of the RF signal from the feed line distribution point.

**33**. The circuit board of claim **30**, wherein the first antenna element comprises a modified dipole.

**34**. The circuit board of claim **33**, wherein the first antenna element further comprises a reflector, the reflector configured to concentrate the radiation pattern of the first antenna element.

**35**. The circuit board of claim **33**, wherein the first antenna element further comprises a reflector, the reflector configured to broaden the frequency response of the first antenna element.

**36**. The circuit board of claim **30**, wherein the first antenna element comprises a first dipole component formed on a surface of the circuit board, a second dipole component formed on an opposite surface of the circuit board, the second dipole component coupled to an internal ground layer of the circuit board.

\*   \*   \*   \*   \*

# EXHIBIT B

(12) **United States Patent**      (10) **Patent No.:      US 7,358,912 B1**
 Kish et al.                        (45) **Date of Patent:          Apr. 15, 2008**

(54) **COVERAGE ANTENNA APPARATUS WITH SELECTABLE HORIZONTAL AND VERTICAL POLARIZATION ELEMENTS**

(75) Inventors: **William Kish**, Saratoga, CA (US);
 **Victor Shtrom**, Sunnyvale, CA (US)

(73) Assignee: **Ruckus Wireless, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/413,461**

(22) Filed: **Apr. 28, 2006**

**Related U.S. Application Data**

(60) Provisional application No. 60/694,101, filed on Jun. 24, 2005.

(51) **Int. Cl.**
 *H01Q 21/00*          (2006.01)
(52) **U.S. Cl.** ..................................... 343/725; 343/727
(58) **Field of Classification Search** ................ 343/725, 343/727, 700 MS, 767
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,176,356 | A | 11/1979 | Foster et al. |
| 4,193,077 | A | 3/1980 | Greenberg et al. |
| 4,305,052 | A | 12/1981 | Baril et al. |
| 4,814,777 | A | 3/1989 | Monser |
| 5,173,711 | A | 12/1992 | Takeuchi et al. |
| 5,220,340 | A | 6/1993 | Shafai |
| 5,559,800 | A | 9/1996 | Mousseau et al. |
| 5,754,145 | A | 5/1998 | Evans |
| 5,767,809 | A | 6/1998 | Chuang et al. |
| 5,802,312 | A | 9/1998 | Lazaridis et al. |
| 5,964,830 | A | 10/1999 | Durrett |
| 6,034,638 | A | 3/2000 | Thiel et al. |
| 6,094,177 | A | 7/2000 | Yamamoto |

| | | | |
|---|---|---|---|
| 6,266,528 | B1 | 7/2001 | Farzaneh |
| 6,292,153 | B1 | 9/2001 | Aiello et al. |
| 6,307,524 | B1 | 10/2001 | Britain |
| 6,317,599 | B1 | 11/2001 | Rappaport et al. |
| 6,326,922 | B1 | 12/2001 | Hegendoerfer |
| 6,326,924 | B1 * | 12/2001 | Muramoto et al. ......... 343/702 |
| 6,337,628 | B2 | 1/2002 | Campana, Jr. |
| 6,337,668 | B1 | 1/2002 | Ito et al. |
| 6,339,404 | B1 | 1/2002 | Johnson et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 534 612 | 3/1993 |

(Continued)

OTHER PUBLICATIONS

Ken Tang, et al., "MAC Layer Broadcast Support in 802.11 Wireless Networks," Computer Science Department, University of California, Los Angeles, 2000 IEEE, pp. 544-548.

(Continued)

*Primary Examiner*—Hoang V Nguyen
(74) *Attorney, Agent, or Firm*—Carr & Ferrell LLP

(57) **ABSTRACT**

An antenna apparatus comprises selectable antenna elements including a plurality of dipoles and/or a plurality of slot antennas ("slot"). Each dipole and/or each slot provides gain with respect to isotropic. The dipoles may generate vertically polarized radiation and the slots may generate horizontally polarized radiation. Each antenna element may have one or more loading structures configured to decrease the footprint (i.e., the physical dimension) of the antenna element and minimize the size of the antenna apparatus.

**17 Claims, 7 Drawing Sheets**



# US 7,358,912 B1
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,345,043 | B1 | 2/2002 | Hsu |
| 6,356,242 | B1 | 3/2002 | Ploussios |
| 6,356,243 | B1 | 3/2002 | Schneider et al. |
| 6,356,905 | B1 | 3/2002 | Gershman et al. |
| 6,377,227 | B1 | 4/2002 | Zhu et al. |
| 6,392,610 | B1 | 5/2002 | Braun et al. |
| 6,400,329 | B1 * | 6/2002 | Barnes ........................ 343/787 |
| 6,404,386 | B1 | 6/2002 | Proctor, Jr. et al. |
| 6,407,719 | B1 | 6/2002 | Ohira et al. |
| 6,442,507 | B1 | 8/2002 | Skidmore et al. |
| 6,445,688 | B1 | 9/2002 | Garces et al. |
| 6,493,679 | B1 | 12/2002 | Rappaport et al. |
| 6,498,589 | B1 | 12/2002 | Horii |
| 6,499,006 | B1 | 12/2002 | Rappaport et al. |
| 6,507,321 | B2 | 1/2003 | Oberschmidt et al. |
| 6,625,454 | B1 | 9/2003 | Rappaport et al. |
| 6,674,459 | B2 | 1/2004 | Ben-Shachar et al. |
| 6,700,546 | B2 * | 3/2004 | Benhammou et al. ...... 343/728 |
| 6,701,522 | B1 | 3/2004 | Rubin et al. |
| 6,725,281 | B1 | 4/2004 | Zintel et al. |
| 6,753,814 | B2 | 6/2004 | Killen et al. |
| 6,762,723 | B2 | 7/2004 | Nallo et al. |
| 6,779,004 | B1 | 8/2004 | Zintel |
| 6,819,287 | B2 | 11/2004 | Sullivan et al. |
| 6,876,280 | B2 | 4/2005 | Nakano |
| 6,879,293 | B2 * | 4/2005 | Sato ........................... 343/702 |
| 6,888,504 | B2 | 5/2005 | Chiang et al. |
| 6,888,893 | B2 | 5/2005 | Li et al. |
| 6,892,230 | B1 | 5/2005 | Gu et al. |
| 6,906,678 | B2 | 6/2005 | Chen |
| 6,910,068 | B2 | 6/2005 | Zintel et al. |
| 6,924,768 | B2 | 8/2005 | Wu et al. |
| 6,931,429 | B2 | 8/2005 | Gouge et al. |
| 6,941,143 | B2 | 9/2005 | Mathur |
| 6,950,019 | B2 | 9/2005 | Bellone et al. |
| 6,961,028 | B2 | 11/2005 | Joy et al. |
| 6,973,622 | B1 | 12/2005 | Rappaport et al. |
| 6,975,834 | B1 | 12/2005 | Forster |
| 7,034,770 | B2 | 4/2006 | Yang et al. |
| 7,043,277 | B1 | 5/2006 | Pfister |
| 7,050,809 | B2 | 5/2006 | Lim |
| 7,064,717 | B2 | 6/2006 | Kaluzni et al. |
| 7,085,814 | B1 | 8/2006 | Ghandi et al. |
| 7,089,307 | B2 | 8/2006 | Zintel et al. |
| 7,130,895 | B2 | 10/2006 | Zintel et al. |
| 7,171,475 | B2 | 1/2007 | Weisman et al. |
| 2002/0031130 | A1 | 3/2002 | Tsuchiya et al. |
| 2002/0047800 | A1 | 4/2002 | Proctor, Jr. et al. |
| 2002/0080767 | A1 | 6/2002 | Lee |
| 2002/0084942 | A1 | 7/2002 | Tsai et al. |
| 2002/0105471 | A1 | 8/2002 | Kojima et al. |
| 2002/0112058 | A1 | 8/2002 | Weisman et al. |
| 2002/0158798 | A1 | 10/2002 | Chiang et al. |
| 2002/0170064 | A1 | 11/2002 | Monroe et al. |
| 2003/0026240 | A1 | 2/2003 | Eyuboglu et al. |
| 2003/0030588 | A1 | 2/2003 | Kalis et al. |
| 2003/0063591 | A1 | 4/2003 | Leung et al. |
| 2003/0122714 | A1 | 7/2003 | Wannagot et al. |
| 2003/0169549 | A1 | 9/2003 | Ben-Shachar et al. |
| 2003/0184490 | A1 | 10/2003 | Raiman et al. |
| 2003/0189514 | A1 | 10/2003 | Miyano et al. |
| 2003/0189521 | A1 | 10/2003 | Yamamoto et al. |
| 2003/0189523 | A1 | 10/2003 | Ojantakanen et al. |
| 2003/0210207 | A1 | 11/2003 | Suh et al. |
| 2003/0227414 | A1 | 12/2003 | Saliga et al. |
| 2004/0014432 | A1 | 1/2004 | Boyle |
| 2004/0017310 | A1 | 1/2004 | Runkle et al. |
| 2004/0017860 | A1 | 1/2004 | Liu |
| 2004/0027291 | A1 | 2/2004 | Zhang et al. |
| 2004/0027304 | A1 | 2/2004 | Chiang et al. |
| 2004/0032378 | A1 | 2/2004 | Volman et al. |
| 2004/0036651 | A1 | 2/2004 | Toda |
| 2004/0036654 | A1 | 2/2004 | Hsieh |
| 2004/0041732 | A1 | 3/2004 | Aikawa et al. |
| 2004/0048593 | A1 | 3/2004 | Sano |
| 2004/0058690 | A1 | 3/2004 | Ratzel et al. |
| 2004/0061653 | A1 | 4/2004 | Webb et al. |
| 2004/0070543 | A1 | 4/2004 | Masaki |
| 2004/0080455 | A1 | 4/2004 | Lee |
| 2004/0095278 | A1 | 5/2004 | Kanemoto et al. |
| 2004/0114535 | A1 | 6/2004 | Hoffmann et al. |
| 2004/0125777 | A1 | 7/2004 | Doylye et al. |
| 2004/0190477 | A1 | 9/2004 | Olson et al. |
| 2004/0260800 | A1 | 12/2004 | Gu et al. |
| 2005/0022210 | A1 | 1/2005 | Zintel et al. |
| 2005/0041739 | A1 | 2/2005 | Li et al. |
| 2005/0042988 | A1 | 2/2005 | Hoek et al. |
| 2005/0074108 | A1 | 4/2005 | Zintel et al. |
| 2005/0097503 | A1 | 5/2005 | Zintel et al. |
| 2005/0135480 | A1 | 6/2005 | Li et al. |
| 2005/0138137 | A1 | 6/2005 | Encamacion et al. |
| 2005/0138193 | A1 | 6/2005 | Encamacion et al. |
| 2005/0180381 | A1 | 8/2005 | Retzer et al. |
| 2005/0188193 | A1 | 8/2005 | Kuehnel et al. |
| 2005/0240665 | A1 | 10/2005 | Gu et al. |
| 2005/0267935 | A1 | 12/2005 | Ghandi et al. |
| 2006/0094371 | A1 | 5/2006 | Nguyen |
| 2006/0098607 | A1 | 5/2006 | Zeng et al. |
| 2006/0123124 | A1 | 6/2006 | Weisman et al. |
| 2006/0123125 | A1 | 6/2006 | Weisman et al. |
| 2006/0123455 | A1 | 6/2006 | Pai et al. |
| 2006/0168159 | A1 | 7/2006 | Weisman et al. |
| 2006/0184661 | A1 | 8/2006 | Weisman et al. |
| 2006/0184693 | A1 | 8/2006 | Rao et al. |
| 2006/0187660 | A1 | 8/2006 | Rao et al. |
| 2006/0224690 | A1 | 10/2006 | Falkenburg et al. |
| 2006/0225107 | A1 | 10/2006 | Seetharaman et al. |
| 2006/0227761 | A1 | 10/2006 | Scott, III et al. |
| 2006/0239369 | A1 | 10/2006 | Lee |
| 2006/0291434 | A1 | 12/2006 | Gu et al. |
| 2007/0027622 | A1 | 2/2007 | Cleron et al. |
| 2007/0135167 | A1 | 6/2007 | Liu |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 315 311 | 5/2003 |
| EP | 1 450 521 | 8/2004 |
| EP | 1 608 108 | 12/2005 |
| JP | 2008/088633 | 2/1996 |
| JP | 2001/057560 | 2/2002 |
| JP | 2005/354249 | 12/2005 |
| JP | 2006/060408 | 3/2006 |
| WO | WO 02/25967 | 3/2002 |
| WO | WO 03/079484 | 9/2003 |

## OTHER PUBLICATIONS

Ken Tang, et al., "MAC Reliable Broadcast in Ad Hoc Networks," Computer Science Department, University of California, Los Angeles, 2001 IEEE, pp. 1008-1013.

Vincent D. Park, et al., "A Performance Comparison of the Temporally-Ordered Routing Algorithm and Ideal Link-Skate Routing," IEEE, Jul. 1998, pp. 592-598.

Ian, F. Akyildiz, et al., "A Virtual Topology Based Routing Protocol for Multihop Dynamic Wireless Networks," Broadband and Wireless Networking Lab, School of Electrical and Computer Engineering, Georgia Institute of Technology, no date avail.

Dell Inc., "How Much Broadcast and Multicast Traffic Should I Allow in My Network," PowerConnect Application Note #5, Nov. 2003.

Toskala, Antti, "Enhancement of Broadcast and Introduction of Multicast Capabilities in RAN," Nokia Networks, Palm Springs, California, Mar. 13-16, 2001.

Microsoft Corporation, "IEEE 802.11 Networks and Windows XP," Windows Hardware Developer Central, Dec. 4, 2001.

US 7,358,912 B1

Page 3

Festag, Andreas, "What is MOMBASA?" Telecommunication Networks Group (TKN), Technical University of Berlin, Mar. 7, 2002.

Hewlett Packard, "HP ProCurve Networking: Enterprise Wireless LAN Networking and Mobility Solutions," 2003.

Dutta, Ashutosh et al., "MarconiNet Supporting Streaming Media Over Localized Wireless Multicast," Proc. of the 2d Int'l Workshop on Mobile Commerce, 2002.

Dunkels, Adam et al., "Making TCP/IP Viable for Wireless Sensor Networks," Proc. of the 1st Euro. Workshop on Wireless Sensor Networks, Berlin, Jan. 2004.

Dunkels, Adam et al., "Connecting Wireless Sensornets with TCP/IP Networks," Proc. of the 2d Int'l Conf. on Wired Networks, Frankfurt, Feb. 2004.

Cisco Systems, "Cisco Aironet Access Point Software Configuration Guide: Configuring Filters and Quality of Service," Aug. 2003.

Hirayama, Koji et al., "Next-Generation Mobile-Access IP Network," Hitachi Review vol. 49, No. 4, 2000.

Pat Calhoun et al., "802.11r strengthens wireless voice," Technology Update, Network World, Aug. 22, 2005, http://www.networkworld.com/news/tech/2005/082208techupdate.html.

Areg Alimian et al., "Analysis of Roaming Techniques," doc.:IEEE 802.11-04/0377r1, Submission, Mar. 2004.

Information Society Technologies Ultrawaves, "System Concept / Architecture Design and Communication Stack Requirement Document," Feb. 23, 2004.

Golmie, Nada, "Coexistence in Wireless Networks: Challenges and System-Level Solutions in the Unlicensed Bands," Cambridge University Press, 2006.

Mawa, Rakesh, "Power Control in 3G Systems," Hughes Systique Corporation, Jun. 28, 2006.

Wennstrom, Mattias et al., "Transmit Antenna Diversity in Ricean Fading MIMO Channels with Co-Channel Interference," 2001.

Steger, Christopher et al., "Performance of IEEE 802.11b Wireless LAN in an Emulated Mobile Channel," 2003.

Chang, Nicholas B. et al., "Optimal Channel Probing and Transmission Scheduling for Opportunistics Spectrum Access," Sep. 2007.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3A



FIG. 3B

FIG. 4





FIG. 5



FIG. 6

US 7,358,912 B1

1

## COVERAGE ANTENNA APPARATUS WITH SELECTABLE HORIZONTAL AND VERTICAL POLARIZATION ELEMENTS

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the priority benefit of U.S. provisional patent application No. 60/694,101 filed Jun. 24, 2005, the disclosure of which is incorporated herein by reference. This application is related to and incorporates by reference co-pending U.S. application Ser. No. 11/041,145 titled "System and Method for a Minimized Antenna Apparatus with Selectable Elements" filed Jan. 21, 2005; U.S. application Ser. No. 11/022,080 titled "Circuit Board having a Peripheral Antenna Apparatus with Selectable Antenna Elements" filed Dec. 23, 2004; U.S. application Ser. No. 11/010,076 titled "System and Method for Transmission of an Omnidirectional Planar Antenna Apparatus with Selectable Elements" filed Dec. 9, 2004; U.S. application Ser. No. 11/180,329 titled "System and Method for Transmission Parameter Control for an Antenna Apparatus with Selectable Elements" filed Jul. 12, 2005; and U.S. application Ser. No. 11/190,288 titled "Wireless System Having Multiple Antenna and Multiple Radios" filed Jul. 26, 2005.

### BACKGROUND OF INVENTION

1. Field of the Invention

The present invention relates generally to wireless communications, and more particularly to an antenna apparatus with selectable horizontal and vertical polarization elements.

2. Description of the Prior Art

In communications systems, there is an ever-increasing demand for higher data throughput and a corresponding drive to reduce interference that can disrupt data communications. For example, in an IEEE 802.11 network, an access point (i.e., base station) communicates data with one or more remote receiving nodes or stations, e.g., a network interface card of a laptop computer, over a wireless link. The wireless link may be susceptible to interference from other access points and stations, other radio transmitting devices, changes or disturbances in the wireless link environment between the access point and the remote receiving node, and so on. The interference may be such to degrade the wireless link, for example by forcing communication at a lower data rate, or may be sufficiently strong to completely disrupt the wireless link.

One method for reducing interference in the wireless link between the access point and the remote receiving node is to provide several omnidirectional antennas, in a "diversity" scheme. For example, a common configuration for the access point comprises a data source coupled via a switching network to two or more physically separated omnidirectional antennas. The access point may select one of the omnidirectional antennas by which to maintain the wireless link. Because of the separation between the omnidirectional antennas, each antenna experiences a different signal environment, and each antenna contributes a different interference level to the wireless link. The switching network couples the data source to whichever of the omnidirectional antennas experiences the least interference in the wireless link.

However, one problem with using two or more omnidirectional antennas for the access point is that typical omnidirectional antennas are vertically polarized. Vertically polarized radio frequency (RF) energy does not travel as

2

efficiently as horizontally polarized RF energy inside a typical office or dwelling space. Typical horizontally polarized RF antennas to date have been expensive to manufacture, or do not provide adequate RF performance to be commercially successful.

A further problem is that the omnidirectional antenna typically comprises an upright wand attached to a housing of the access point. The wand typically comprises a hollow metallic rod exposed outside of the housing, and may be subject to breakage or damage. Another problem is that each omnidirectional antenna comprises a separate unit of manufacture with respect to the access point, thus requiring extra manufacturing steps to include the omnidirectional antennas in the access point. Yet another problem is that the access point with the typical omnidirectional antennas is a relatively large physically, because the omnidirectional antennas extend from the housing.

A still further problem with the two or more omnidirectional antennas is that because the physically separated antennas may still be relatively close to each other, each of the several antennas may experience similar levels of interference and only a relatively small reduction in interference may be gained by switching from one omnidirectional antenna to another omnidirectional antenna.

Another method to reduce interference involves beam steering with an electronically controlled phased array antenna. However, the phased array antenna can be extremely expensive to manufacture. Further, the phased array antenna can require many phase tuning elements that may drift or otherwise become maladjusted.

### SUMMARY OF THE INVENTION

In one aspect, a system comprises a communication device configured to generate or receive a radio frequency (RF) signal, an antenna apparatus configured to radiate or receive the RF signal, and an antenna element selector. The antenna apparatus includes a first planar element configured to radiate or receive the RF signal in a horizontal polarization and a second planar element configured to radiate or receive the RF signal in a vertical polarization. The antenna element selector is configured to couple the RF signal to the first planar element or the second planar element.

In some embodiments, the antenna apparatus is configured to radiate or receive the RF signal in a diagonal polarization if the first planar element and the second planar element are coupled to the RF signal. The antenna apparatus may be configured to radiate or receive the RF signal in a substantially omnidirectional radiation pattern. The first planar element may comprise a slot antenna and the second planar element may comprise a dipole. The antenna element selector may comprise a PIN diode network configured to couple the RF signal to the first planar element or the second planar element.

In one aspect, an antenna apparatus comprises a first substrate including a first planar element and a second planar element. The first planar element is configured to radiate or receive a radio frequency (RF) signal in a horizontal polarization. The second planar element is configured to radiate or receive the RF signal in a vertical polarization.

In some embodiments, the first planar element and the second planar element comprise a circuit board. The antenna apparatus may comprise a second substrate including a third planar element coupled substantially perpendicularly to the circuit board. The second substrate may be coupled to the circuit board by solder.

3

In one aspect, a method of manufacturing an antenna apparatus comprises forming a first antenna element and a second antenna element from a printed circuit board substrate, partitioning the printed circuit board substrate into a first portion including the first antenna element and a second portion including the second antenna element and coupling the first portion to the second portion to form a non-planar antenna apparatus. Coupling the first portion to the second portion may comprise soldering the first portion to the second portion.

In one aspect, a system comprises a housing, a communication device, and an antenna apparatus including one or more slot antennas integral with the housing. One or more of the slot antennas may comprise loading elements configured to decrease a footprint of the slot antenna. One or more of the slot antennas may comprise an aperture formed in the housing.

BRIEF DESCRIPTION OF DRAWINGS

The present invention will now be described with reference to drawings that represent a preferred embodiment of the invention. In the drawings, like components have the same reference numerals. The illustrated embodiment is intended to illustrate, but not to limit the invention. The drawings include the following figures:

FIG. 1 illustrates a system comprising an antenna apparatus with selectable horizontal and vertical polarization elements, in one embodiment in accordance with the present invention;

FIG. 2 illustrates the antenna apparatus of FIG. 1, in one embodiment in accordance with the present invention;

FIG. 3A illustrates PCB components (in solid lines and shading, not to scale) for forming the slots, dipoles, and antenna element selector on the first side of the substrates of FIG. 2, in one embodiment in accordance with the present invention;

FIG. 3B illustrates PCB components (not to scale) for forming the slots, dipoles, and antenna element selector on the second side of the substrates of FIG. 2 for the antenna apparatus of FIG. 1, in one embodiment in accordance with the present invention;

FIG. 4 illustrates various dimensions (in mils) for antenna elements of the antenna apparatus of FIG. 3, in one embodiment in accordance with the present invention;

FIG. 5 illustrates an exploded view to show a method of manufacture of the antenna apparatus of FIG. 3, in one embodiment in accordance with the present invention; and

FIG. 6 illustrates an alternative embodiment for the slots of the antenna apparatus in a housing of the system of FIG. 1.

DETAILED DESCRIPTION

A system for a wireless (i.e., radio frequency or RF) link to a remote receiving node includes a communication device for generating an RF signal and an antenna apparatus for transmitting and/or receiving the RF signal. The antenna apparatus comprises a plurality of modified dipoles (also referred to herein as simply "dipoles") and/or a plurality of modified slot antennas (also referred to herein as simply "slots"). In a preferred embodiment, the antenna apparatus includes a number of slots configured to transmit and/or receive horizontal polarization, and a number of dipoles to provide vertical polarization. Each dipole and each slot provides gain (with respect to isotropic) and a polarized

4

directional radiation pattern. The slots and the dipoles may be arranged with respect to each other to provide offset radiation patterns.

In some embodiments, the dipoles and the slots comprise individually selectable antenna elements and each antenna element may be electrically selected (e.g., switched on or off) so that the antenna apparatus may form a configurable radiation pattern. An antenna element selector is included with or coupled to the antenna apparatus so that one or more of the individual antenna elements may be selected or active. If certain or all elements are switched on, the antenna apparatus forms an omnidirectional radiation pattern, with both vertically polarized and horizontally polarized (also referred to herein as diagonally polarized) radiation. For example, if two or more of the dipoles are switched on, the antenna apparatus may form a substantially omnidirectional radiation pattern with vertical polarization. Similarly, if two or more of the slots are switched on, the antenna apparatus may form a substantially omnidirectional radiation pattern with horizontal polarization.

The antenna apparatus is easily manufactured from common planar substrates such as FR4 printed circuit board (PCB). The PCB may be partitioned into portions including one or more elements of the antenna apparatus, which portions may then be arranged and coupled (e.g., by soldering) to form a non-planar antenna apparatus having a number of antenna elements.

In some embodiments, the slots may be integrated into or conformally mounted to a housing of the system, to minimize cost and size of the system, and to provide support for the antenna apparatus.

Advantageously, a controller of the system may select a particular configuration of antenna elements and a corresponding configurable radiation pattern that minimizes interference over the wireless link to the remote receiving node. If the wireless link experiences interference, for example due to other radio transmitting devices, or changes or disturbances in the wireless link between the system and the remote receiving node, the system may select a different combination of selected antenna elements to change the corresponding radiation pattern and minimize the interference. The system may select a configuration of selected antenna elements corresponding to a maximum gain between the system and the remote receiving node. Alternatively, the system may select a configuration of selected antenna elements corresponding to less than maximal gain, but corresponding to reduced interference in the wireless link.

FIG. 1 illustrates a system 100 comprising an antenna apparatus 110 with selectable horizontal and vertical polarization elements, in one embodiment in accordance with the present invention. The system 100 may comprise, for example without limitation, a transmitter and/or a receiver, such as an 802.11 access point, an 802.11 receiver, a set-top box, a laptop computer, a television, a PCMCIA card, a remote control, a Voice Over Internet telephone, and a remote terminal such as a handheld gaming device.

In some exemplary embodiments, the system 100 comprises an access point for communicating to one or more remote receiving nodes (not shown) over a wireless link, for example in an 802.11 wireless network. Typically, the system 100 may receive data from a router connected to the Internet (not shown), and the system 100 may transmit the data to one or more of the remote receiving nodes. The system 100 may also form a part of a wireless local area network by enabling communications among several remote receiving nodes. Although the disclosure will focus on a

5                                                          6

specific embodiment for the system **100**, aspects of the invention are applicable to a wide variety of appliances, and are not intended to be limited to the disclosed embodiment. For example, although the system **100** may be described as transmitting to the remote receiving node via the antenna apparatus, the system **100** may also receive data from the remote receiving node via the antenna apparatus.

The system **100** includes a communication device **120** (e.g., a transceiver) and an antenna apparatus **110**. The communication device **120** comprises virtually any device for generating and/or receiving an RF signal. The communication device **120** may include, for example, a radio modulator/demodulator for converting data received into the system **100** (e.g., from the router) into the RF signal for transmission to one or more of the remote receiving nodes. In some embodiments, the communication device **120** comprises well-known circuitry for receiving data packets of video from the router and circuitry for converting the data packets into 802.11 compliant RF signals.

As described further herein, the antenna apparatus **110** comprises a plurality of antenna elements including a plurality of dipoles and/or a plurality of slots. The dipoles are configured to generate vertical polarization, and the slots are configured to generate horizontal polarization. Each of the antenna elements provides gain (with respect to isotropic).

In embodiments with individually selectable antenna elements, each antenna element may be electrically selected (e.g., switched on or off) so that the antenna apparatus **110** may form a configurable radiation pattern. The antenna apparatus **110** may include an antenna element selecting device configured to selectively couple one or more of the antenna elements to the communication device **120**. By selectively coupling one or more of the antenna elements to the communication device **120**, the system **100** may transmit/receive with horizontal polarization, vertical polarization, or diagonal polarization. Further, the system **100** may also transmit/receive with configurable radiation patterns ranging from highly directional to substantially omnidirectional, depending upon which of the antenna elements are coupled to the communication device **120**.

Mechanisms for selecting one or more of the antenna elements are described further in particular in co-pending U.S. application Ser. No. 11/180,329 titled "System and Method for Transmission Parameter Control for an Antenna Apparatus with Selectable Elements" filed Jul. 12, 2005, and other applications listed herein and incorporated by reference.

FIG. **2** illustrates the antenna apparatus **110** of FIG. **1**, in one embodiment in accordance with the present invention. The antenna apparatus **110** of this embodiment includes a first substrate **210** (parallel to the plane of FIG. **2**), a second substrate **220** (perpendicular to the plane of FIG. **2**), a third substrate **230** (perpendicular to the plane of FIG. **2**), and a fourth substrate **240** (perpendicular to the plane of FIG. **2**).

As described further with respect to FIG. **3**, the first substrate **210** includes a slot, two dipoles, and an antenna element selector (not labeled, for clarity). The second substrate **220** includes a slot antenna perpendicular to and coupled to a first edge of the first substrate **210**. The third substrate **230** includes a slot perpendicular to and opposite from the second substrate **220** on the first substrate **210**. The fourth substrate **240** includes two dipoles (one of the dipoles is obscured in FIG. **2** by the first substrate **210**) and is perpendicular to and coupled to the first substrate **210**.

As described further herein, the substrates **210**-**240** may be partitioned or sectioned from a single PCB. The substrates **210**-**240** have a first side (depicted as solid lines) and a second side (depicted as dashed lines) substantially parallel to the first side. The substrates **210**-**240** comprise a PCB such as FR4, Rogers 4003, or other dielectric material.

FIG. **3A** illustrates PCB components (in solid lines and shading, not to scale) for forming the slots, dipoles, and antenna element selector on the first side of the substrates **210**-**240** of FIG. **2**, in one embodiment in accordance with the present invention. PCB components on the second side of the substrates **210**-**240** (described with respect to FIG. **3B**) are shown as dashed lines. Dimensions in mils of the PCB components depicted in FIGS. **3A** and **3B** (collectively, FIG. **3**) are depicted in FIG. **4**.

The first side of the substrate **210** includes a portion **305** of a first slot antenna including "fingers" **310** (only a few of the fingers **310** are circled, for clarity), a portion **320** of a first dipole, a portion **330** of a second dipole, and the antenna element selector (not labeled for clarity). The antenna element selector includes a radio frequency feed port **340** for receiving and/or transmitting an RF signal to the communication device **110**, and a coupling network (not labeled) for selecting one or more of the antenna elements.

The first side of the substrate **220** includes a portion of a second slot antenna including fingers. The first side of the substrate **230** also includes a portion of a third slot antenna including fingers.

As depicted, to minimize or reduce the size of the antenna apparatus **110**, each of the slots includes fingers. The fingers are configured to slow down electrons, changing the resonance of each slot, thereby making each of the slots electrically shorter. At a given operating frequency, providing the fingers allows the overall dimension of the slot to be reduced, and reduces the overall size of the antenna apparatus **110**.

The first side of the substrate **240** includes a portion **340** of a third dipole and portion **350** of a fourth dipole. One or more of the dipoles may optionally include passive elements, such as a director **360** (only one director shown for clarity). Directors comprises passive elements that constrain the directional radiation pattern of the modified dipoles, for example to increase the gain of the dipole. Directors are described in more detail in U.S. application Ser. No. 11/010,076 titled "System and Method for an Omnidirectional Planar Antenna Apparatus with Selectable Elements" filed Dec. 9, 2004 and other co-pending applications referenced herein and incorporated by reference.

The radio frequency feed port **340** and the coupling network of the antenna element selector are configured to selectively couple the communication device **110** of FIG. **1** to one or more of the antenna elements. It will be apparent to a person or ordinary skill that many configurations of the coupling network may be used to couple the radio frequency feed port **340** to one or more of the antenna elements.

In the embodiment of FIG. **3**, the radio frequency feed port **340** is configured to receive an RF signal from and/or transmit an RF signal to the communication device **110**, for example by an RF coaxial cable coupled to the radio frequency feed port **340**. The coupling network is configured with DC blocking capacitors (not shown) and active RF switches **360** (shown schematically, not all RF switches labeled for clarity) to couple the radio frequency feed port **340** to one or more of the antenna elements.

The RF switches **360** are depicted as PIN diodes, but may comprise RF switches such as GaAs FETs or virtually any RF switching device. The PIN diodes comprise single-pole single-throw switches to switch each antenna element either on or off (i.e., couple or decouple each of the antenna elements to the radio frequency feed port **340**). A series of

7

control signals may be applied via a control bus 370 (circled in FIG. 3A) to bias each PIN diode. With the PIN diode forward biased and conducting a DC current, the PIN diode switch is on, and the corresponding antenna element is selected. With the diode reverse biased, the PIN diode switch is off.

In some embodiments, one or more light emitting diodes (LEDs) 375 (not all LED are labeled for clarity) are optionally included in the coupling network as a visual indicator of which of the antenna elements is on or off. A light emitting diode may be placed in circuit with the PIN diode so that the light emitting diode is lit when the corresponding antenna element is selected.

FIG. 3B illustrates PCB components (not to scale) for forming the slots, dipoles, and antenna element selector on the second side of the substrates 210-240 of FIG. 2 for the antenna apparatus 110 of FIG. 1, in one embodiment in accordance with the present invention. PCB components on the first side of the substrates 210-240 (described with respect to FIG. 3A) are not shown for clarity.

On the second side of the substrates 210-240, the antenna apparatus 110 includes ground components configured to "complete" the dipoles and the slots on the first side of the substrates 210-240. For example, the portion of the dipole 320 on the first side of the substrate 210 (FIG. 3A) is completed by the portion 380 on the second side of the substrate 210 (FIG. 3B). The resultant dipole provides a vertically polarized directional radiation pattern substantially as the plane of the substrate 210.

Optionally, the second side of the substrates 210-240 may include passive elements for modifying the radiation pattern of the antenna elements. Such passive elements are described in detail in U.S. application Ser. No. 11/010,076 titled "System and Method for an Omnidirectional Planar Antenna Apparatus with Selectable Elements" filed Dec. 9, 2004 and other co-pending applications referenced herein and incorporated by reference. For example, the substrate 240 includes a reflector 390 as part of the ground component. The reflector 390 is configured to broaden the frequency response of the dipoles.

FIG. 4 illustrates various dimensions (in mils) for antenna elements of the antenna apparatus 110 of FIG. 3, in one embodiment in accordance with the present invention. It will be appreciated that the dimensions of individual components of the antenna apparatus 110 depend upon a desired operating frequency of the antenna apparatus 110. The dimensions of the individual components may be established by use of RF simulation software, such as IE3D from Zeland Software of Fremont, Calif. For example, the antenna apparatus 110 incorporating the components of dimension according to FIG. 4 is designed for operation near 2.4 GHz, based on a substrate PCB of FR4 material, but it will be appreciated by a person of ordinary skill that a different substrate having different dielectric properties, such as Rogers 4003, may require different dimensions than those shown in FIG. 4.

FIG. 5 illustrates an exploded view to show a method of manufacture of the antenna apparatus 110 of FIG. 3, in one embodiment in accordance with the present invention. In this embodiment, the substrates 210-240 are first formed from a single PCB. The PCB may comprise a part of a large panel upon which many copies of the substrates 210-240 are formed. After being partitioned from the PCB, the substrates 210-240 are oriented and affixed to each other.

An aperture (slit) 520 of the substrate 220 is approximately the same width as the thickness of the substrate 210. The slit 520 is aligned to and slid over a tab 530 included on

8

the substrate 210. The substrate 220 is affixed to the substrate 210 with electronic solder to the solder pads 540. The solder pads 540 are oriented on the substrate 210 to electrically and/or mechanically bond the slot antenna of the substrate 220 to the coupling network and/or the ground components of the substrate 210.

Alternatively, the substrate 220 may be affixed to the substrate 210 with conductive glue (e.g., epoxy) or a combination of glue and solder at the interface between the substrates 210 and 220. However, affixing the substrate 220 to the substrate 210 with electronic solder at the solder pads 540 has the advantage of reducing manufacturing steps, since the electronic solder can provide both a mechanical bond and an electrical coupling between the slot antenna of the substrate 220 and the coupling network of the substrate 210.

In similar fashion to that just described, to affix the substrate 230 to the substrate 210, an aperture (slit) 525 of the substrate 230 is aligned to and slid over a tab 535 included on the substrate 210. The substrate 230 is affixed to the substrate 210 with electronic solder to solder pads 545, conductive glue, or a combination of glue and solder.

To affix the substrate 240 to the substrate 210, a mechanical slit 550 of the substrate 240 is aligned with and slid over a corresponding slit 555 of the substrate 210. Solder pads (not shown) on the substrate 210 and the substrate 240 electrically and/or mechanically bond the dipoles of the substrate 240 to the coupling network and/or the ground components of the substrate 210.

FIG. 6 illustrates an alternative embodiment for the slots of the antenna apparatus 110 in a housing 600 of the system 100 of FIG. 1. The housing 600 incorporates the antenna apparatus 110 by including a number of slot antennas 610 and 615 (only two slots depicted for clarity) on one or more faces of the housing 600. The dipoles depicted in FIG. 3 may be included internally to the housing 600 (e.g., for a plastic housing), provided externally to the housing 600 (e.g., for a metal or other RF-conductive housing), or not included in the antenna apparatus 110.

The slots 610 and 615 include fingers for reducing the overall size of the slots, as described herein. The slots 610 and 615 may be oriented in the same or different directions. In some embodiments, the housing 600 comprises a metallic or otherwise conductive housing 600 for the system 100, and one or more of the slots 610 and 615 are integral with, and formed from, the housing 600. For example, the housing 600 may be formed from metal such as stamped steel, aluminum, or other RF conducting material.

The slots 610 and 615 may be formed from, and therefore coplanar with, the housing 600. To prevent damage from foreign matter entering the openings in the housing 600 formed by the slots, the slots may be covered with nonconductive material such as plastic. In alternative embodiments, one or more of the slots 610 and 615 may be separately formed (e.g., of the PCB traces or conductive foil) and conformally-mounted to the housing 600 of the system 100, for example if the housing 600 is made of nonconductive material such as plastic.

Although FIG. 6 depicts two slots 610 and 615, one or more slots may be formed on one or more sides of the housing. For example, with a 6-sided housing (top, bottom, and four sides), four slots may be included in the housing, one slot on each of the vertical sides of the housing other than the top and bottom. The slots may be oriented in the same or different directions, depending on the desired radiation pattern.

US 7,358,912 B1

9

For the embodiment of FIG. 6 in which the antenna apparatus 110 incorporates slots on the housing 600, the antenna element selector (FIG. 3) may comprise a separate structure (not shown) from the slots 610 and 615. The antenna element selector may be mounted on a relatively small PCB, and the PCB may be electrically coupled to the slots 610 and 615, for example by RF coaxial cables.

Other Embodiments

Although not depicted, the system 100 of FIG. 1 may include multiple parallel communication devices 120 coupled to the antenna apparatus 110, for example in a multiple input multiple output (MIMO) architecture such as that disclosed in co-pending U.S. application Ser. No. 11/190,288 titled "Wireless System Having Multiple Antennas and Multiple Radios" filed Jul. 26, 2005. For example, the horizontally polarized slots of the antenna apparatus 110 may be coupled to a first of the communication devices 120 to provide selectable directional radiation patterns with horizontal polarization, and the vertically polarized dipoles may be coupled to the second of the communication devices 120 to provide selectable directional radiation patterns with vertical polarization. The antenna feed port 340 and associated coupling network of FIG. 3A may be modified to couple the first and second communication devices 120 to the appropriate antenna elements of the antenna apparatus 110. In this fashion, the system 100 may be configured to provide a MIMO capable system with a combination of directional to omnidirectional coverage as well as horizontal and/or vertical polarization.

In other alternative embodiments, the antenna elements of the antenna apparatus 110 may be of varying dimension, for operation at different operating frequencies and/or bandwidths. For example, with two radio frequency feed ports 340 (FIG. 3) and two communications devices 120 (FIG. 1), the antenna apparatus 110 may provide operation at two center frequencies and/or operating bandwidths.

In some embodiments, to further minimize or reduce the size of the antenna apparatus 110, the dipoles may optionally incorporate one or more loading structures as are described in co-pending U.S. application Ser. No. 11/041,145 titled "System and Method for a Minimized Antenna Apparatus with Selectable Elements" filed Jan. 21, 2005. The loading structures are configured to slow down electrons, changing the resonance of the dipole, thereby making the dipole electrically shorter. At a given operating frequency, providing the loading structures allows the dimension of the dipole to be reduced.

In some embodiments, to further minimize or reduce the size of the antenna apparatus 110, the ½-wavelength slots depicted in FIG. 3, may be "truncated" in half to create ¼-wavelength modified slot antennas. The ¼-wavelength slots provide a different radiation pattern than the ½-wavelength slots.

A further variation is that the antenna apparatus 110 disclosed herein may incorporate the minimized antenna apparatus disclosed in U.S. application Ser. No. 11/041,145 wholly or in part. For example, the slot antennas described with respect to FIG. 3 may be replaced with the minimized antenna apparatus of U.S. application Ser. No. 11/041,145.

In alternate embodiments, although the antenna apparatus 110 is described as having four dipoles and three slots, more or fewer antenna elements are contemplated. Generally, as will be apparent to a person or ordinary skill upon review of the co-pending applications referenced herein, providing more antenna elements of a particular configuration (more dipoles, for example), yields a more configurable radiation pattern formed by the antenna apparatus 110.

10

An advantage of the foregoing is that in some embodiments the antenna elements of the antenna apparatus 110 may each be selectable and may be switched on or off to form various combined radiation patterns for the antenna apparatus 110. Further, the antenna apparatus 110 includes switching at RF as opposed to switching at baseband. Switching at RF means that the communication device 120 requires only one RF up/down converter. Switching at RF also requires a significantly simplified interface between the communication device 120 and the antenna apparatus 110. For example, the antenna apparatus 110 provides an impedance match under all configurations of selected antenna elements, regardless of which antenna elements are selected.

Another advantage is that the antenna apparatus 110 comprises a 3-dimensional manufactured structure of relatively low complexity that may be formed from inexpensive and readily available PCB material.

The invention has been described herein in terms of several preferred embodiments. Other embodiments of the invention, including alternatives, modifications, permutations and equivalents of the embodiments described herein, will be apparent to those skilled in the art from consideration of the specification, study of the drawings, and practice of the invention. The embodiments and preferred features described above should be considered exemplary, with the invention being defined by the appended claims, which therefore include all such alternatives, modifications, permutations and equivalents as fall within the true spirit and scope of the present invention.

What is claimed is:

1. A system, comprising:
a communication device configured to generate or receive a radio frequency (RF) signal;
an antenna apparatus configured to radiate or receive the RF signal, the antenna apparatus including a first planar element configured to radiate or receive the RF signal in a horizontal polarization and a second planar element configured to radiate or receive the RF signal in a vertical polarization; and
an antenna element selector configured to couple the RF signal to the first planar element or the second planar element, wherein the antenna element selector comprises a PIN diode network configured to couple the RF signal to the first planar element or the second planar element.

2. The system of claim 1, wherein the antenna apparatus is further configured to radiate or receive the RF signal in a diagonal polarization if the first planar element and the second planar element are coupled to the RF signal.

3. The system of claim 1, wherein the antenna apparatus is further configured to radiate or receive the RF signal in a substantially omnidirectional radiation pattern.

4. The system of claim 1, wherein the antenna apparatus is further configured to concentrate the radiation pattern of the first planar element.

5. The system of claim 1, wherein the first planar element comprises one or more loading elements configured to decrease a footprint of the first planar element.

6. The system of claim 1, wherein the first planar element comprises a slot element.

7. The system of claim 1, wherein the first planar element comprises a slot antenna and the second planar element comprises a dipole.

8. The system of claim 1, wherein the second planar element comprises a dipole further comprising one or more loading structures configured to decrease a footprint of the

US 7,358,912 B1

11

12

dipole and produce a directional radiation pattern with polarization substantially in the plane of the second planar element.

**9**. The system of claim **1** wherein the second planar antenna element comprises a dipole including a reflector, the reflector configured to broaden the frequency response of the dipole.

**10**. An antenna apparatus, comprising:

a first substrate including a first planar element configured to radiate or receive a radio frequency (RF) signal in a horizontal polarization;

a second planar element on the first substrate, the second planar element configured to radiate or receive the RF signal in a vertical polarization; and

an antenna element selector configured to communicate the RF signal with a communication device the antenna element selector further configured to couple the RF signal to first planar element or the second planar element.

**11**. The antenna apparatus of claim **10**, wherein the first planar element is coupled to the second planar element.

**12**. The antenna apparatus of claim **10**, wherein the first planar element and the second planar element comprise a circuit board.

**13**. The antenna apparatus of claim **10**, wherein the first substrate comprises a circuit board, further comprising a second substrate including a third planar element coupled substantially perpendicularly to the circuit board.

**14**. The antenna apparatus of claim **13**, wherein the second substrate is coupled to the circuit board by solder.

**15**. A method of manufacturing an antenna apparatus, comprising:

forming a first antenna element and a second antenna element from a printed circuit board substrate;

positioning the printed circuit board substrate into a first portion including the first antenna element and a second portion including the second antenna element; and

coupling the first portion to the second portion to form a non-planar antenna apparatus, wherein coupling the first portion to the second portion comprises soldering the first portion to the second portion.

**16**. A system, comprising:

a housing;

a communication device; and

an antenna apparatus integral with the housing, the antenna apparatus including one or more slot antennas, wherein one or more of the slot antennas comprises loading elements configured to decrease a footprint of the slot antenna.

**17**. The system of claim **16**, wherein one or more of the slot antennas comprises an aperture formed in the housing.

\*    \*    \*    \*    \*