ROBERT J. YORIO (SBN 93178)
ryorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
TAM T. PHAM (SBN 229090)
tpham@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
RUCKUS WIRELESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation<br><br>Defendants. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>C08-2310 JCS |

Pursuant to the provisions of Local Rule 6-1, Plaintiff RUCKUS WIRELESS, INC. and Defendants NETGEAR, INC. and RAYSPAN CORPORATION hereby stipulate to extend the Defendants' time to respond to the First Amended Complaint filed May 28, 2008 up to until and including July 7, 2008.

**SO STIPULATED.**

{00318926v1}-1-

STIPULATION TO EXTEND TIME                                         (CASE NO. 3:08-cv-2310-JCS)

1 | Dated: June 23, 2008                    CARR & FERRELL LLP

By _____
COLBY B. SPRINGER
Ruckus Wireless, Inc.

Dated: June 23, 2008                    GUNDERSON DETTMER STOUGH
VILLENEUVE FRANKLIN & HACHIGIAN, LLP

By _____
GARI L. CHEEVER
NETGEAR, Inc. and Rayspan Corporation

Dated: June 24, 2008

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Joseph C. Spero]

CASE NAME: *Ruckus Wireless, Inc. v. Netgear, Inc., et al.*

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

☒  (BY EMAIL) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

Gari L. Cheever
Gunderson Dettmer Stough
Villeneuve Franklin & Hachigian, LLP
11682 El Camino Real, Suite 100
San Diego, CA 92130
Phone: 858-436-8010; Fax: 877-880-0686
email: gcheever@gunder.com

Attorney for Defendant
NETGEAR, INC, AND RAYSPAN CORPORATION

☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 23, 2008 at Palo Alto, California.

_____
Michelle Canalita