ROBERT J. YORIO (SBN 93178)
ryorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
TAM T. PHAM (SBN 229090)
tpham@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
RUCKUS WIRELESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation<br><br>Defendants. | **SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

Pursuant to the provisions of Local Rule 6-1, Plaintiff RUCKUS WIRELESS, INC. and Defendants NETGEAR, INC. and RAYSPAN CORPORATION hereby stipulate to extend the Defendants' time to respond to the First Amended Complaint filed May 28, 2008 up to until and including July 17, 2008.  This is the second such stipulation in the present matter.  This stipulation and the corresponding extension of time is not believed to affect or otherwise alter any deadline (including

the initial Case Management Conference) presently on calendar.

**SO STIPULATED.**

Dated: July 3, 2008                              CARR & FERRELL LLP

                                                 By _____
                                                    COLBY B. SPRINGER
                                                    Ruckus Wireless, Inc.

Dated: July 3, 2008                              FISH & RICHARDSON P.C.

                                                 By _____/s/_____
                                                    David M. Barkan
                                                    NETGEAR, Inc. and Rayspan Corporation

**SO ORDERED.**

Dated:                                           By _____
                                                    Magistrate Judge Joseph C. Spero

**Signature Attestation**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this efiled document.

**July 3, 2008**                                 By _____
                                                    COLBY B. SPRINGER

-2-

SECOND STIPULATION TO EXTEND TIME                                    (CASE NO. 3:08-cv-2310-JCS)

CASE NAME: *Ruckus Wireless, Inc. v. Netgear, Inc., et al.*

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

☒ (BY EMAIL) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

David M. Barkan
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063
Phone: 650-839-5070; Fax: 650-839-5071
email: barkan@fr.com

Attorney for Defendant
NETGEAR, INC, AND RAYSPAN CORPORATION

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 3, 2008 at Palo Alto, California.

_____
Michelle Canalita