1  David M. Barkan (State Bar No. 160825)
   Joshua M. Masur (State Bar No. 203510)
2  Thomas B. Manuel (State Bar No. 254186)
   FISH & RICHARDSON P.C.
3  500 Arguello Street
   Suite 500
4  Redwood City, California 94063-1526
   Telephone: (650) 839-5070
5  Facsimile: (650) 839-5071

6
   Attorneys for Defendants
7  NETGEAR, INC. and RAYSPAN CORPORATION

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  RUCKUS WIRELESS, INC., a Delaware    Case No. 3:08-cv-2310-JCS
    corporation,
14                  *Plaintiff*,

15        v.                              **DEFENDANTS' DECLINATION TO
                                          PROCEED BEFORE A MAGISTRATE
16  NETGEAR, INC., a Delaware corporation; and   JUDGE AND REQUEST FOR
    RAYSPAN CORPORATION, a Delaware       REASSIGNMENT TO A UNITED STATES
17  corporation,                          DISTRICT JUDGE**

18                  *Defendants*.

1  Defendants Netgear, Inc. and Rayspan Corporation, by and through their attorneys, hereby
2  decline to consent to the assignment of this case to a United States Magistrate Judge for trial and
3  disposition and hereby request the reassignment of this case to a United States District Judge.

5  Dated: July 7, 2008                    FISH & RICHARDSON P.C.

                                          By: /s/
                                              Joshua M. Masur

                                          Attorneys for Defendants
                                          NETGEAR, INC. and
                                          RAYSPAN CORPORATION