## UNITED STATES DISTRICT COURT
### Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

### July 16, 2008

**CASE NUMBER:  CV 08-02310 JCS**
**CASE TITLE:  RUCKUS WIRELESS INC.-v-NETGEAR INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable PHYLLIS J. HAMILTON**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/16/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk


NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 7/16/08AS |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA