1  David M. Barkan (State Bar No. 160825)
   *barkan@fr.com*
2  Joshua M. Masur (State Bar No. 203510)
   *masur@fr.com*
3  Thomas B. Manuel (State Bar No. 254186)
   *manuel@fr.com*
4  FISH & RICHARDSON P.C.
   500 Arguello Street
5  Suite 500
   Redwood City, California 94063-1526
6  Telephone:  (650) 839-5070
   Facsimile:  (650) 839-5071
7

8  Attorneys for Defendant and Counterclaimant
   NETGEAR, INC.
9

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14  RUCKUS WIRELESS, INC., a Delaware          Case No. 3:08-cv-2310-PJH
    corporation,
15          *Plaintiff and*
               *Counterdefendant,*              **NETGEAR, INC.'S CERTIFICATION OF**
16                                              **INTERESTED ENTITIES OR PERSONS**
       v.
17                                              [Civ. L.R. 3-16]
    NETGEAR, INC., a Delaware corporation; and
18  RAYSPAN CORPORATION, a Delaware
    corporation,
19
            *Defendants and*
20             *Counterclaimants.*

21

22
        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
23
    associations of persons, firms, partnerships, corporations (including parent corporations) or other
24
    entities (i) have a financial interest in the subject matter in controversy or in a party to the
25
    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
26
    substantially affected by the outcome of this proceeding:
27
        • Patrick Lo;
28

- Michael Falcon;
- Christine M. Gorjanc;
- Albert Liu;
- Mark Merrill;
- Charles Olson;
- David Soares;
- Michael Werdann;
- AXA;
- Barclays Global Investors UK Holdings Ltd;
- FMR LLC;
- Royce & Associates, Inc.; and
- The parties to the controversy.

Dated: July 17, 2008

FISH & RICHARDSON P.C.

By: /s/ David M. Barkan
David M. Barkan

Attorneys for Defendant and Counterclaimaint NETGEAR, INC.

*Pursuant to General Order 45, section X.B., the filer hereby attests that concurrence in the filing of the document has been obtained from each signatory above.*