```
1   David M. Barkan (State Bar No. 160825)
      barkan@fr.com
2   Joshua M. Masur (State Bar No. 203510)
      masur@fr.com
3   Thomas B. Manuel (State Bar No. 254186)
      manuel@fr.com
4   FISH & RICHARDSON P.C.
    500 Arguello Street
5   Suite 500
    Redwood City, California 94063-1526
6   Telephone:  (650) 839-5070
    Facsimile:  (650) 839-5071
7

8   Attorneys for Defendant and Counterclaimant
    RAYSPAN CORPORATION
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation,<br><br>   *Plaintiff and Counterdefendant,*<br><br>  v.<br><br>NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation,<br><br>   *Defendants and Counterclaimants.* | Case No. 3:08-cv-2310-PJH<br><br>**RAYSPAN CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civ. L.R. 3-16] |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Franz Birkner;

- Dr. Maha Achour;
- Dr. Gregory Poilasne;
- Sequoia Capital; and
- The parties to the controversy.

Rayspan Corporation is a privately held company, with neither parent entities nor subsidiaries. Because information regarding the company's shareholders is confidential and non-public, Rayspan Corporation will seek to file under seal a supplemental list of significant shareholders not identified herein.

Dated:  July 17, 2008                                        FISH & RICHARDSON P.C.


                                                             By: /s/ David M. Barkan
                                                                 David M. Barkan

                                                             Attorneys for Defendant and Counterclaimant
                                                             RAYSPAN CORPORATION


*Pursuant to General Order 45, section X.B., the filer hereby attests that concurrence in the filing of the document has been obtained from each signatory above.*