1  David M. Barkan (State Bar No. 160825)
      *barkan@fr.com*
2  Joshua M. Masur (State Bar No. 203510)
      *masur@fr.com*
3  Thomas B. Manuel (State Bar No. 254186)
      *manuel@fr.com*
4  FISH & RICHARDSON P.C.
   500 Arguello Street
5  Suite 500
   Redwood City, California 94063-1526
6  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071

8  Attorneys for Defendant and Counterclaimant
   RAYSPAN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation,<br><br>    *Plaintiff and Counterdefendant,*<br><br>    v.<br><br>NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation,<br><br>    *Defendants and Counterclaimants.* | Case No. 3:08-cv-2310-PJH<br><br>**RAYSPAN CORPORATION'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[Civ. L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Franz Birkner;

- Dr. Maha Achour;
- Dr. Gregory Poilasne;
- Dino Pionzio, Jr.;
- Sequoia Capital; and
- The parties to the controversy.

Dated: July 21, 2008                              FISH & RICHARDSON P.C.


                                                  By: */s/ Joshua M. Masur*
                                                       Joshua M. Masur

                                                  Attorneys for Defendant and Counterclaimant
                                                  RAYSPAN CORPORATION


*Pursuant to General Order 45, section X.B., the filer hereby attests that concurrence in the filing of the document has been obtained from each signatory above.*