ROBERT J. YORIO (SBN 93178)
 ryorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
 cspringer@carrferrell.com
TAM T. PHAM (SBN 229090)
 tpham@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

DAVID M. BARKAN (SBN 160825)
 barkan@fr.com
JOSHUA M. MASUR (SBN 203510)
 masur@fr.com
THOMAS B. MANUEL (SBN 254186)
 manuel@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street
Suite 500
Redwood City, California 94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff and Counterclaim Defendant
RUCKUS WIRELESS, INC.

Attorneys for Defendants and Counterclaimants
NETGEAR, INC. and
RAYSPAN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation<br><br>Defendants and Counterclaimants. | CASE NO. C 08-02310 PJH<br><br>[~~DRAFT~~] STIPULATED REQUEST AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE<br><br>Date: August 14, 2008<br>Time: 2:30 pm<br>Judge: Honorable Phyllis J. Hamilton |

WHEREAS, Judge Hamilton's Order Setting Case Management Conference, dated July 16, 2008, scheduled a Case Management Conference in the above-titled case for August 14, 2008;

WHEREAS, Plaintiff and Counterclaim Defendant Ruckus Wireless, Inc. ("RUCKUS") and Defendants and Counterclaimants NETGEAR, Inc. ("NETGEAR") and Rayspan Corporation ("RAYSPAN") (collectively "Defendants") are in the process of scheduling a prompt informal settlement meeting;

WHEREAS, the Parties believe that avoiding further expense will improve the potential for settlement;

1    WHEREAS, under the current schedule, (a) the Parties are required to jointly submit a Case Management Conference Statement and to exchange Initial Disclosures on August 7, 2008, (b) the Parties are required to appear at the Case Management Conference on August 14, 2008, and (c) RUCKUS is required to serve its Patent Local Rule 3-1 and 3-2 disclosures on August 25, 2008;

WHEREAS, pursuant to the Order Setting Case Management Conference, Civil Local Rule 6-2(a)(1), and Civil Local Rule 16-2(d)(1), the Parties, through and by their undersigned counsel, hereby state that they believe that the potential for settlement and avoidance of expense constitute good cause to postpone the Case Management Conference and impending disclosures;

WHEREAS, pursuant to Civil Local Rule 16-2(d)(2), the undersigned counsel affirm that they have conferred, and have in fact reached agreement that good cause exists to postpone the Case Management Conference and impending disclosures;

WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the Court previously has modified the schedule of the case by extending Defendants' time to answer or otherwise respond to the complaint (*see* Docket Nos. 11, 13), and no other time modifications have been made in the case, either by stipulation or Court order; and

WHEREAS, lead counsel for RUCKUS is unavailable on September 25, 2008, and lead counsel for Defendants is unavailable on October 23 and 30, 2008;

THEREFORE, the Parties, through and by the undersigned counsel, hereby request that the CASE MANAGEMENT CONFERENCE BE RESCHEDULED until September 18, 2008, or October 2, 9, or 16, 2008, AND THAT ALL DATES IN THE ABOVE-TITLED CASE BE

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

STAYED ACCORDINGLY, including Initial Disclosures, the Case Management Conference Statement, and Patent Local Rule disclosures.

Respectfully submitted,

Dated:  August 4, 2008    CARR & FERRELL LLP

By: */s/ Colby B. Springer*
COLBY B. SPRINGER
2200 Geng Road
Palo Alto, California 94303
Telephone:   (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for Plaintiff and Counter-Defendant
RUCKUS WIRELESS, INC.

Dated:  August 4, 2008    FISH & RICHARDSON P.C.

By: */s/ David M. Barkan*
DAVID M. BARKAN
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone:   (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Defendants and Counter-Plaintiffs
NETGEAR, INC. and
RAYSPAN CORPORATION

*Pursuant to General Order 45, section X.B., the filer hereby attests that concurrence in the filing of the document has been obtained from each signatory above.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference in the above-titled case is hereby rescheduled for __September 18__, 2008, and all other dates depending therefrom are hereby stayed accordingly.

Dated:  __8/8/08__    By_____
HON. PHYLLIS J. HAMILTON
UNITED STATES

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

-3-
STIPULATED REQUEST AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C 08-02310 PJH