ROBERT J. YORIO (SBN 93178)
ryorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
TAM T. PHAM (SBN 229090)
tpham@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff and Counterclaim Defendant
RUCKUS WIRELESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCKUS WIRELESS, INC.,  a Delaware corporation, | CASE NO. C 08-02310 PJH |
| Plaintiff / Counterclaim Defendant, | **ANSWER  TO DEFENDANT RAYSPAN'S COUNTERCLAIMS** |
| vs. | |
| NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation | **JURY TRIAL DEMANDED** |
| Defendants / Counterclaimants. | |

Plaintiff and Counterclaim Defendant RUCKUS WIRELESS, INC. ("RUCKUS"), by and

through its attorneys of record, answer the Counterclaims of Defendant and Counterclaimant

RAYSPAN CORPORATION ("COUNTERCLAIMANT") filed in the above-captioned action.

## NATURE OF THE ACTION

1.      RUCKUS acknowledges and admits that COUNTERCLAIMANT, in paragraph 55,

brings counterclaims seeking a declaratory judgment concerning the purported non-infringement

and invalidity as to each of the Patents-in-Suit.  COUNTERCLAIMANT purports to do so under

the patent laws of the United States, 35 U.S.C. § 101, et seq., and the Declaratory Judgment Act, 28

U.S.C. §§ 2201 and 2202.  While acknowledging and admitting as to the nature of this action,

RUCKUS denies that any said action has merit,

## THE PARTIES

2.      RUCKUS admits that COUNTERCLAIMANT is a Delaware corporation with its principal place of business located at 11975 El Camino Real, Suite 301, San Diego, California. RUCKUS admits that COUNTERCLAIMANT, in paragraph 56, purports to be the world's leading innovator of revolutionary metamaterial air interface solutions for high performance wireless communication networks.

3.      RUCKUS admits the allegations in paragraph 57 of the Counterclaims.

## JURISDICTION AND VENUE

4.      RUCKUS admits the allegations in paragraph 58 of the Counterclaims.

5.      RUCKUS admits the allegations in paragraph 59 of the Counterclaims.

6.      RUCKUS admits the allegations in paragraph 60 of the Counterclaims.

## FIRST COUNTERCLAIM

7.      RUCKUS denies the allegations of paragraph 61 of the Counterclaims.

## SECOND COUNTERCLAIM

8.      RUCKUS denies the allegations of paragraph 62 of the Counterclaims.

## THIRD COUNTERCLAIM

9.      RUCKUS denies the allegations of paragraph 63 of the Counterclaims.

## FOURTH COUNTERCLAIM

10.     RUCKUS denies the allegations of paragraph 64 of the Counterclaims.

## FIFTH COUNTERCLAIM

11.     RUCKUS denies the allegations of paragraph 65 of the Counterclaims.

RUCKUS' ANSWER TO DEFENDANT RAYSPAN'S COUNTERCLAIMS
CASE NO. C 08-02310 PJH

## SIXTH COUNTERCLAIM

12.    RUCKUS denies the allegations of paragraph 66 of the Counterclaims.

## ANSWER TO COUNTERCLAIMANT'S PRAYER FOR RELIEF

13.    RUCKUS denies that COUNTERCLAIMANT is entitled to any relief whatsoever from RUCKUS or this Court, either as requested in the Counterclaims or as might otherwise be available in equity or at law.

## GENERAL DENIAL

14.    RUCKUS further denies each and every allegation contained in the Counterclaims to which RUCKUS has not specifically responded.

## AFFIRMATIVE DEFENSES

15.    RUCKUS asserts the following affirmative defenses and reserves the right to allege additional defenses as they are discovered.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

16.    As a separate and first affirmative defense to the Counterclaims, and to each claim for relief against RUCKUS set forth therein, RUCKUS alleges that the Counterclaims fail to state facts sufficient to support any claim upon which relief can be granted against RUCKUS.

## SECOND AFFIRMATIVE DEFENSE
### (Waiver)

17.    As a separate and second affirmative defense to the Counterclaims and to each claim for relief against RUCKUS set forth therein, RUCKUS alleges upon information and belief that COUNTERCLAIMANT is barred in whole or in part due to the doctrine of waiver.

### THIRD AFFIRMATIVE DEFENSE

#### (Estoppel)

18.    As a separate and third affirmative defense to the Counterclaim and to each claim for relief against RUCKUS set forth therein, RUCKUS alleges upon information and belief that COUNTERCLAIMANT is barred in whole or in part due to the doctrine of estoppel.

19.    RUCKUS reserves the right to supplement its Answer to COUNTERCLAIMANT'S Counterclaims, including, but not limited to, adding additional affirmative defenses that become known through the course of discovery.

WHEREFORE, Plaintiff and Counter-Defendant RUCKUS WIRELESS, INC. hereby prays as follows:

1.    That COUNTERCLAIMANT take nothing and be afforded no equitable relief or otherwise by reason of their Counterclaims.

2.    For costs of suit herein incurred.

3.    For such other relief as the Court may deem just.

Respectfully submitted,

Dated:  August 8, 2008                    CARR & FERRELL LLP

By:   /s/  Colby B. Springer
ROBERT J. YORIO (SBN 93178)
COLBY B. SPRINGER (SBN 214868)
TAM T. PHAM (SBN 229090)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone:    (650) 812-3400
Facsimile:    (650) 812-3444

Attorneys for Plaintiff and Counter-Defendant
RUCKUS WIRELESS, INC.

1

## DEMAND FOR JURY TRIAL

2      Plaintiff and Counter-Defendant RUCKUS WIRELESS, INC. hereby demands a jury trial

3  of all issues in the above-captioned action that are triable to a jury.

4

5                                    Respectfully submitted,

6  Dated:  August 8, 2008              CARR & FERRELL LLP

7

8                              By:   /s/  Colby B. Springer
                                     ROBERT J. YORIO (SBN 93178)
9                                    COLBY B. SPRINGER (SBN 214868)
                                     TAM T. PHAM (SBN 229090)
10                                   CARR & FERRELL LLP
11                                   2200 Geng Road
                                     Palo Alto, California 94303
12                                   Telephone:     (650) 812-3400
                                     Facsimile:     (650) 812-3444
13
14                                   Attorneys for Plaintiff and Counter-Defendant
                                     RUCKUS WIRELESS, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUCKUS' ANSWER TO DEFENDANT RAYSPAN'S COUNTERCLAIMS
CASE NO. C 08-02310 PJH

CASE NAME: *Ruckus Wireless, Inc. v. Netgear, Inc., et al.*

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**ANSWER TO DEFENDANT RAYSPAN'S COUNTERCLAIMS;
JURY TRIAL DEMANDED**

☒     (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

Gari L. Cheever
Gunderson Dettmer et al LLP
11682 El Camino Real #100
San Diego, CA 92130
  Attorneys for Defendants
  *NETGEAR, INC., and RAYSPAN CORPORATION*

☒     (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 8, 2008 at Palo Alto, California.

_____
/s/
Christine Blaufus

RUCKUS' ANSWER TO DEFENDANT RAYSPAN'S COUNTERCLAIMS
CASE NO. C 08-02310 PJH