# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ruckus Wireless, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Netgear, Inc., <br><br> Defendant(s). | 08-02310 PJH <br><br> **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-02310 PJH                                                     -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4  It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: September 4, 2008

RICHARD W. WIEKING
Clerk
by:   Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

PROOF OF SERVICE

Case Name:      Ruckus Wireless, Inc. v. Netgear, Inc.

Case Number:    08-02310 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 4, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Robert Joseph Yorio
> Carr & Ferrell LLP
> 2200 Geng Road
> Palo Alto, CA 94303
> yorio@carrferrell.com
>
> Tam Thanh Thi Pham
> Carr & Ferrell LLP
> 2200 Geng Road
> Palo Alto, CA 94303
> tpham@carrferrell.com
>
> Colby B. Springer
> Carr & Ferrell LLP
> 2200 Geng Road
> Palo Alto, CA 94303
> cspringer@carrferrell.com
>
> Gari L. Cheever
> Gunderson Dettmer et al LLP
> 11682 El Camino Real #100

San Diego, CA 92130

Joshua Michael Masur
Fish & Richardson PC
500 Arguello St.
Suite 500
Redwood City, CA 94063-1526
masur@fr.com

David M. Barkan
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063
barkan@fr.com

Thomas B Manuel
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063-1526
manuel@fr.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 4, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Lisa M. Salvetti

                _____
                ADR Administrative Assistant
                415-522-2032
                lisa_salvetti@cand.uscourts.gov