| | |
|---|---|
| ROBERT J. YORIO (SBN 93178) | DAVID M. BARKAN (SBN 160825) |
| yorio@carrferrell.com | barkan@fr.com |
| COLBY B. SPRINGER (SBN 214868) | JOSHUA M. MASUR (SBN 203510) |
| cspringer@carrferrell.com | masur@fr.com |
| TAM T. PHAM (SBN 229090) | THOMAS B. MANUEL (SBN 254186) |
| tpham@carrferrell.com | manuel@fr.com |
| CARR & FERRELL LLP | FISH & RICHARDSON P.C. |
| 2200 Geng Road | 500 Arguello Street |
| Palo Alto, California 94303 | Suite 500 |
| Telephone: (650) 812-3400 | Redwood City, California 94063-1526 |
| Facsimile: (650) 812-3444 | Telephone: (650) 839-5070 |
| | Facsimile: (650) 839-5071 |

Attorneys for Plaintiff and Counterclaim Defendant
RUCKUS WIRELESS, INC.

Attorneys for Defendants and Counterclaimants
NETGEAR, INC. and RAYSPAN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation, | CASE NO. C 08-02310 PJH |
| Plaintiff and Counterclaim Defendant, | **STIPULATION AND ~~PROPOSED~~ ORDER CONCERNING MOTION TO STAY** |
| v. | |
| NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation | |
| Defendants and Counterclaimants. | |

Counsel for RUCKUS WIRELESS, INC. ("RUCKUS"), NETGEAR, INC. ("NETGEAR"), and RAYSPAN CORPORATION ("RAYSPAN") (collectively the PARTIES) appeared before the Court on September 18, 2008 for a Case Management Conference. During the conference, counsel for the PARTIES agreed to a rescheduling of dates related to the opposition of RUCKUS and the reply of NETGEAR and RAYSPAN as those dates pertain to NETGEAR and RAYSPAN's motion to stay, then on calendar for October 29, 2008.

///

///

1  The Court rescheduled the opposition of RUCKUS to come due on September 29, 2008 and
2 the reply of NETGEAR and RAYSPAN to come due on October 6, 2008. The hearing on said
3 motion was rescheduled for December 10, 2008.

4  Following the hearing, counsel for RUCKUS realized a scheduling conflict that would
5 complicate preparation and filing of RUCKUS' opposition. Counsel for the PARTIES met and
6 conferred and agreed to new dates amenable to the PARTIES. The hearing date of December 10,
7 2008 need not change. Counsel for the PARTIES therefore stipulate and request that the Court
8 enter those dates as the dates for filing of oppositions and replies.

9  Counsel for the PARTIES hereby stipulate and agree that the opposition papers of RUCKUS
10 shall come due on October 17, 2008. Counsel for the PARTIES hereby stipulate and agree that the
11 reply papers of NETGEAR and RAYSPAN shall come due on November 4, 2008. The motion
12 shall be heard on December 10, 2008, as previously scheduled.

Respectfully submitted,

Dated: September 24, 2008         CARR & FERRELL *LLP*

By: _/s/ Colby B. Springer_
ROBERT J. YORIO (SBN 93178)
COLBY B. SPRINGER (SBN 214868)
TAM T. PHAM (SBN 229090)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303

Attorneys for Plaintiff and Counter-Defendant
*RUCKUS WIRELESS, INC.*

Dated: September 24, 2008         FISH & RICHARDSON P.C.

By: _/s/ Joshua M. Masur_
DAVID M. BARKAN (SBN 160825)
JOSHUA M. MASUR (SBN 203510)
THOMAS B. MANUEL (SBN 254186)
500 Arguello Street, Suite 500
Redwood City, California 94063

Attorneys for Defendants and Counter-Plaintiffs
*NETGEAR, INC. and RAYSPAN CORPORATION*

**O R D E R**

The dates for the filing of the opposition of RUCKUS scheduled for September 29, 2008 and the reply of NETGEAR and RAYSPAN scheduled to come due on October 6, 2008 as they pertain to NETGEAR and RAYSPAN's motion to stay are hereby vacated.

The opposition papers of RUCKUS with respect to NETGEAR and RAYSPAN's motion to stay shall come due on October 17, 2008.

The reply papers of NETGEAR and RAYSPAN with respect to the motion to stay shall come due on November 4, 2008.

The motion shall be heard on December 10, 2008, as previously scheduled.

Dated: 9/26/08          By _____
                          HONORABLE PHYLLIS J. HAMILTON
                          UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton

**GENERAL ORDER 45: ATTESTATION OF SIGNATURES**

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 24, 2008                    By:  /s/ Colby B. Springer_____
                                                  COLBY B. SPRINGER