UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUCKUS WIRELESS INC.,

    Plaintiff(s),

    v.

NETGEAR INC., et al.,

    Defendant(s).

_____/

No. C 08-2310 PJH

**ORDER**

    For the reasons advanced by defendant in the joint status statement, the court finds that bifurcating one patent from the other and commencing the litigation in this forum while the reexamination process and appeals are still pending, would be an inefficient use of the court's scarce resources. Accordingly, the stay remains in effect. The court will by separate order determine any request to relate a newly filed case with this one.

    **IT IS SO ORDERED.**

Dated: December 1, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge