1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  JOSEPH C. GRATZ (SBN 240676)
   332 Pine Street, Suite 200
3  San Francisco, CA  94104-3214
   Telephone:  (415) 362-6666
4  Facsimile:   (415) 236-6300
   ddurie@durietangri.com
5  jgratz@durietangri.com

6  FISH & RICHARDSON P.C.
   DAVID M. BARKAN (CSB 160825)
7  THOMAS BROAD MANUEL (CSB 254186)
   500 Arguello Street, Suite 500
8  Redwood City, CA 94063-1526
   Telephone:  (650) 839-5070
9  barkan@fr.com
   manuel@fr.com
10
   Attorneys for Defendants
11 NETGEAR INC. and RAYSPAN CORPORATION

12
                    IN THE UNITED STATES DISTRICT COURT
13
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

| 15 | RUCKUS WIRELESS, INC., a Delaware corporation, | Case No. 4:08-cv-02310-PJH |
|---|---|---|
| 16 | | |
| 17 | Plaintiff, | **DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL AND [P~~ROPOSE~~D] ORDER** |
| 18 | v. | |
| 19 | NETGEAR INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | NETGEAR INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation, | |
| 23 | | |
| 24 | Counter-claimant, | |
| 25 | v. | |
| 26 | RUCKUS WIRELESS, INC., a Delaware corporation, | |
| 27 | | |
| 28 | Counter-defendant. | |

DEFENDANTS' NOTICE OF SUBSTITUTION                                CASE NO. 4:08-cv-02310-PJH
OF COUNSEL & [PROPOSED] ORDER

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Netgear, Inc. and Rayspan Corporation hereby substitute Daralyn J. Durie and Joseph C. Gratz of Durie Tangri LLP, 332 Pine Street, Suite 200, San Francisco, CA 94104-3214, Telephone: (415) 362-6666, in place of Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, CA 94063-1526.  All notices given or required to be given, and all filed or served or required documents to be served in the above-captioned matter, should henceforth be provided to and served upon counsel at the address set forth below:

> DURIE TANGRI LLP
> 332 Pine Street, Suite 200
> San Francisco, CA 94104-3214
> Telephone: (415) 362-6666
> Facsimile: (415) 236-6300
>
> Daralyn J. Durie
> ddurie@durietangri.com
>
> Joseph C. Gratz
> jgratz@durietangri.com

Dated:  December 17, 2009            NETGEAR, INC.

                                                      By:   /s/ Brian Busse
                                                           Brian Busse

Dated:  December 17, 2009            RAYSPAN CORPORATION

                                                      By:   /s/ Sandy Godsey
                                                           Sandy Godsey

We consent to the above substitution:

Dated: December 17, 2009             FISH & RICHARDSON P.C.

                                                      By:   /s/ David Barkan
                                                           David Barkan

We accept the above substitution:

Dated: December 17, 2009          DURIE TANGRI LLP


                                  By:   /s/ Joseph C. Gratz
                                        Joseph C. Gratz


### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Joseph C. Gratz, attest that concurrence in the filing of this document has been obtained.


Dated: December 17, 2009
                                  By:   /s/ Joseph C. Gratz
                                        Joseph C. Gratz




IT IS SO ORDERED:

Dated: December 22, 2009

*IT IS SO ORDERED*
*[signature]*
Judge Phyllis J. Hamilton
United States District Court
Northern District of California

---

2

DEFENDATNS' NOTICE OF SUBSTITUTION                                  CASE NO. 4:08-cv-02310-PJH
OF COUNSEL & [PROPOSED] ORDER

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the County of San Francisco, State of California, and not a party to the above-entitled cause. My business address is Durie Tangri LLP, 332 Pine Street, Suite 200, San Francisco CA 94104.

On December 17, 2009, I served the foregoing documents described as:

**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

On the following person(s) in this action by placing a true copy thereof enclosed in sealed envelope and addressed as follows:

> Gari L. Cheever
> GUNDERSON DETTMER
> 11682 El Camino Real, Suite 100
> San Diego, CA 92130

X   BY MAIL I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on December 17, 2009, at San Francisco California.

　　　　　　　　　　　　　　　　　　　　　*/s/Colette Aragon*
　　　　　　　　　　　　　　　　　　　　　　Colette Aragon