1  COLBY B. SPRINGER (SBN 214868)
   CSpringer@LRLaw.com
2  LEWIS AND ROCA LLP
   2440 W. El Camino Real, Sixth Floor
3  Mountain View, CA  94040
   Telephone: (650) 391-1380
4  Facsimile:  (650) 391-1395

5  SHANE E. OLAFSON (Pro Hac Vice)
   SOlafson@LRLaw.com
6  LEWIS AND ROCA LLP
   40 N. Central Ave. Suite 1900
7  Phoenix, AZ 85004
   Telephone: (602) 262-5327
8  Facsimile: (602) 734-3756

9  Attorneys for Plaintiff and Counterclaim
   Defendant *RUCKUS WIRELESS, INC.*

10

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                       OAKLAND DIVISION

15
   RUCKUS WIRELESS, INC., a Delaware              CASE NO. 4:08-cv-02310-PJH
16 corporation,

17            Plaintiff,

18       v.                                       [~~PROPOSED~~] **ORDER GRANTING**
                                                  **STIPULATION TO LIFT STAY**
19 NETGEAR, INC., a Delaware corporation; and
   RAYSPAN CORPORATION, a Delaware
20 corporation,

21            Defendants.

22

23      After review and consideration of the Parties' Stipulated Request to Lift Stay, and for good

24 cause appearing, the stay of this proceeding is hereby lifted.  The parties shall appear for a case

25 management conference on ___January 3,_____, 2013 at __2:00____ pm.

26
   Dated: ___October 22, 2012_____     _____
27                                                 Honorable Phyllis J. Hamilton
                                                   United States [District Court Judge]
28

{00510000v1}
                                           -1-
            ORDER GRANTING STIPULATION TO LIFT STAY (Case No. C08-02310 PJH)