AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

RUCKUS WIRELESS, INC.
  Plaintiff (s),
V.
NETGEAR, INC., et al.
  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 08-CV-2310

Notice is hereby given that, subject to approval by the court, __NETGEAR, Inc.__ substitutes
(Party (s) Name)

__Nina Y. Wang__, State Bar No. __213011__ as counsel of record in
(Name of New Attorney)

place of __Joseph C. Gratz and Daralyn J. Durie (Durie Tangri LLP)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Faegre Baker Daniels, LLP
Address:        3200 Wells Fargo Center, 1700 Lincoln Street, Denver, CO 80203-4532
Telephone:      (303) 607-3802            Facsimile   (303) 607-3600
E-Mail (Optional): nina.wang@faegreBD.com

I consent to the above substitution.
Date:  11/19/2012                                    /s/ Brian C. Burns
                                                     NETGEAR, Inc.
                                                     (Signature of Party (s))

I consent to being substituted.
Date:  11/19/2012                                    /s/ Joseph C. Gratz and Daralyn J. Durie
                                                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  11/19/2012                                    /s/ Nina Y. Wang
                                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  12/12/12                                      Judge
                                                     IT IS SO ORDERED
                                                     Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]